# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOCTORS FOR AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>OFFICE OF PERSONNEL MANAGEMENT,<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION,<br><br>FOOD AND DRUG ADMINISTRATION,<br><br>and<br><br>DEPARTMENT OF HEALTH & HUMAN SERVICES,<br><br>    Defendants. | Civil Action No. 25-cv-322 |

**[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER**

Upon consideration of Plaintiff's motion for a temporary restraining order and accompanying memorandum, it is hereby

**ORDERED** that the motion is **GRANTED**;

**ORDERED** that the Centers for Disease Control and Prevention (CDC), Food and Drug Administration (FDA), and Department for Health & Human Services (HHS) must restore the webpages and datasets that they took down in response to the January 29, 2025, Office of Personnel Management (OPM) memorandum titled "Initial Guidance Regarding President Trump's Executive Order *Defending Women*,"

including but not limited to:

CDC webpages on "The Youth Risk Behavioral Surveillance System," "Data and Statistics" for "Adolescent and School Health," "The Social Vulnerability Index," "The Environmental Justice Index," "PrEP for the Prevention of HIV Infection in the U.S.: 2021 Guideline Summary," "HIV Monitoring," "Getting Tested for HIV," "National ART Surveillance System (NASS)," "CDC Contraceptive Guidance for Health Care Providers"; and

FDA webpages on "Study of Sex Differences in the Clinical Evaluation of Medical Products" and "Diversity Action Plans to Improve Enrollment of Participants from Underrepresented Populations in Clinical Studies";

**ORDERED** that CDC, FDA, and HHS are **ENJOINED** from removing or substantially modifying other webpages and datasets in implementation of OPM's memorandum.

Defendants are further **ORDERED** to file a status report confirming compliance with this order within forty-eight hours of the issuance of this order.

**SO ORDERED**.

Dated: February ____, 2025                    _____
                                              THE HON. _____
                                              UNITED STATES DISTRICT JUDGE