# Exhibit C

  
  

**For immediate release:** February 6, 2025
**Media contacts:** AAFP: Julie Hirschhorn (jhirschhorn@aafp.org)
AAP: Devin Mazziotti (dmazziotti@aap.org)
ACOG: Kate Connors (kconnors@acog.org)
ACP: Jacquelyn Blaser (jblaser@acponline.org)
AOA: Ernst Lamothe (elamothe@osteopathic.org)
APA: Erin Connors (econnors@psych.org)

**Statement from Leading Physician Groups on Removal of Data and Guidance from Federal Websites**

*The statement below is issued by the American Academy of Family Physicians, the American Academy of Pediatrics, American College of Obstetricians and Gynecologists, American College of Physicians, American Osteopathic Association and American Psychiatric Association:*

"The removal of datasets and guidance from the Centers for Disease Control and Prevention (CDC) and National Institutes of Health (NIH) websites to comply with the President's recent executive order puts the health and wellbeing of patients at risk and makes it more difficult for physicians to provide quality care.

The research, data and guidance on these webpages are widely used by the more than 600,000 physicians our organizations represent. Removal hamstrings our ability to provide factual, accurate information to the millions of patients our members serve. These resources are not just academic references - they are vital for real-time clinical decision-making in hospitals, clinics and emergency departments across the country.

Restricting access to these webpages leaves physicians, scientists and other members of the health care community without up-to-date recommendations on managing infectious diseases, public health threats, essential preventive care and chronic conditions.

Restoring these guidance pages is a public health imperative. At a time when emerging infectious diseases, antibiotic-resistant infections and evolving treatment protocols require rapid dissemination of knowledge, the removal of these resources place undue burdens on physicians and endangers patients.

We urge Congress to ensure that the CDC, NIH and other public health agencies have the resources and ability to provide physicians and the public with the information they need to support the health and mental health of every person seeking health care in the U.S. Further, it is critically important that federal health agency officials again be able to communicate freely with the public, as the ongoing communications freeze is exacerbating the challenges posed by removal of research, data and guidance pages from federal websites."

###

**About American Academy of Family Physicians**
Founded in 1947, the AAFP represents 130,000 physicians and medical students nationwide. It is the largest medical society devoted solely to primary care. Family physicians conduct approximately one in five office visits — that's 192 million visits annually or 48 percent more than the next most visited medical specialty. Today, family physicians provide more care for America's underserved and rural populations than any other medical specialty. Family medicine's cornerstone is an ongoing, personal patient-physician relationship focused on integrated care. To learn more about the specialty of family medicine and the AAFP's positions on issues and clinical care, visit [www.aafp.org](www.aafp.org). For information about health care, health conditions and wellness, please visit the AAFP's consumer website, [www.familydoctor.org](www.familydoctor.org).

**About the American Academy of Pediatrics**
The American Academy of Pediatrics is an organization of 67,000 primary care pediatricians, pediatric medical subspecialists and pediatric surgical specialists dedicated to the health, safety and well-being of infants, children, adolescents and young adults.

**About the American College of Obstetricians and Gynecologists**
The American College of Obstetricians and Gynecologists (ACOG) is the nation's leading group of physicians providing evidence-based obstetric and gynecologic care. As a private, voluntary, nonprofit membership organization of more than 60,000 members, ACOG strongly advocates for equitable, exceptional, and respectful care for all women and people in need of obstetric and gynecologic care; maintains the highest standards of clinical practice and continuing education of its members; promotes patient education; and increases awareness among its members and the public of the changing issues facing patients and their families and communities. acog.org

**About the American College of Physicians**
The [American College of Physicians](#) is the largest medical specialty organization in the United States with members in more than 172 countries worldwide. ACP membership includes 161,000 internal medicine physicians, related subspecialists, and medical students. Internal medicine physicians are specialists who apply scientific knowledge and clinical expertise to the diagnosis, treatment, and compassionate care of adults across the spectrum from health to complex illness. Follow ACP on [X](#), [Facebook](#), [Instagram](#), [Threads](#) and [LinkedIn](#).

**About the American Osteopathic Association**
The American Osteopathic Association (AOA) represents more than 197,000 osteopathic physicians (DOs) and osteopathic medical students; promotes public health; encourages scientific research; and serves as the primary certifying body for DOs. To learn more about Dos and the osteopathic philosophy of medicine, visit [www.osteopathic.org](www.osteopathic.org).

**About the American Psychiatric Association**
The American Psychiatric Association, founded in 1844, is the oldest medical association in the country. The APA is also the largest psychiatric association in the world with more than 38,900 physician members specializing in the diagnosis, treatment, prevention, and research of mental illnesses. APA's vision is to ensure access to quality psychiatric diagnosis and treatment. For more information, please visit [www.psychiatry.org.](www.psychiatry.org)