UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOCTORS FOR AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**OFFICE OF PERSONNEL MANAGEMENT et al.,**<br><br>Defendants. | Civil Action No. 25-322 (JDB) |

### ORDER

Upon consideration of [6] Plaintiff's motion for a temporary restraining order, [8] Plaintiff's supplemental declarations, [9] Defendants' opposition, [10] Plaintiff's reply, the hearing on February 10, 2025, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that

1. Defendants Department of Health and Human Services, Center for Disease Control, and Food and Drug Administration (hereinafter "defendants") shall, by not later than 11:59 pm on February 11, 2025, restore to their versions as of January 30, 2025, each webpage and dataset identified by Plaintiff on pages 6–12 of its Memorandum of Law in Support of the Motion for a Restraining Order [ECF No. 6-1];

2. Defendants shall, in consultation with Plaintiff, identify any other resources that DFA members rely on to provide medical care and that defendants removed or substantially modified on or after January 29, 2025, without adequate notice or reasoned explanation; and defendants shall, by February 14, 2025, restore those resources to their versions as of January 30, 2025;

1

3. The parties shall, by not later than 5:00 pm on February 13, 2025, submit a joint status report detailing their efforts to comply with the provisions of this Order and proposing a schedule for further proceedings in this case.

    **SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: February 11, 2025