# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Doctors for America, | |
| Plaintiff, | |
| v. | Case No. 1:25-cv-00322-JDB |
| Office of Personnel Management, *et al.*, | |
| Defendants. | |

## Joint Status Report

Pursuant to paragraph 3 of the Court's Temporary Restraining Order (Order), ECF No. 11, the parties submit this joint status report describing their efforts to comply with the Order and proposing a schedule for further proceedings.

As directed by paragraph 1 of the Order, before 11:59 pm on February 11, 2025, Defendants restored to its January 30, 2025 version "each webpage and dataset identified by Plaintiff on pages 6–12 of its Memorandum of Law in Support of the Motion for a Restraining Order [ECF No. 6-1]."

To comply with paragraph 2 of the Order, on February 11, 2025, Defendants asked Plaintiff for a list of the "other resources that [Plaintiff's] members rely on to provide medical care and that defendants removed or substantially modified on or after January 29, 2025, without adequate notice or reasoned explanation." Plaintiff provided an initial list on February 12 (4:46 p.m.) and a supplemental list on February 13 (9:52 a.m.). As directed by paragraph 2 of the Order, Defendants will restore the resources on Plaintiff's initial and supplemental lists by the end of the day on February 14, 2025.[1]

---

[1] Plaintiff's lists include websites from Department of Health and Human Services (HHS) components other than the Centers for Disease Control and Prevention and the Food and Drug Administration. The parties disagree about whether such websites

Plaintiff's counsel is still waiting to hear from some of Plaintiff's members about additional webpages that fall within paragraph 2 of the Order and will inform Defendants' counsel before 10 a.m. on February 14, 2025. Defendants will use their best efforts to restore any such additional webpages, provided that they fall within paragraph 2 of the Order, by 11:59 p.m. on February 14, 2025. (Plaintiff notes that there are likely other webpages on which its members rely but that it may not be able to identify this week. Plaintiff reserves the right to seek relief related to such as-of-yet unidentified webpages in a future motion.)

Going forward, on or before February 18, 2025, Plaintiff will file an amended complaint. The parties then will submit another joint status report addressing the schedule for further proceedings on or before February 21, 2025, four days before the Order expires.

February 13, 2025

Respectfully submitted,

/s/ Zachary R. Shelley (with permission)
Zachary R. Shelley (DC Bar No. 90021549)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
zshelley@citizen.org

*Counsel for Plaintiff*

/s/ James W. Harlow
JAMES W. HARLOW
Senior Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC  20044-0386
(202) 514-6786
(202) 514-8742 (fax)
james.w.harlow@usdoj.gov

*Counsel for Defendants*

---

properly fall within the scope of the Order. However, given Plaintiff's forthcoming amended complaint and to avoid further emergency motions practice, Defendants will restore those websites consistent with the Order. Defendants have objected to restoring the website "reproductiverights.gov." Plaintiff's counsel is conferring with their client.