**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DOCTORS FOR AMERICA,
   PO Box 21161
   2300 18th Street NW Lobby
   Washington, DC 20009,

CITY AND COUNTY OF SAN
FRANCISCO,
   1 Dr. Carlton B. Goodlett Place
   San Francisco, CA 94102,

      Plaintiffs,

      v.

OFFICE OF PERSONNEL
MANAGEMENT,
   1900 E Street NW
   Washington, DC 20415,

CENTERS FOR DISEASE
CONTROL AND PREVENTION,
   1600 Clifton Road
   Atlanta, GA 30329,

FOOD AND DRUG
ADMINISTRATION,
   10903 New Hampshire Avenue
   Silver Spring, MD 20993,

DEPARTMENT OF HEALTH &
HUMAN SERVICES,
   200 Independence Avenue SW
   Washington, DC 20201,

AGENCY FOR HEALTHCARE
RESEARCH AND QUALITY,
   5600 Fishers Lane, 7th Floor
   Rockville, MD 20857,

Civil Action No. 25-322-JDB

CENTER FOR BEHAVIORAL
HEALTH STATISTICS AND
QUALITY,
   5600 Fishers Lane
   Rockville, MD 20857,

CENTERS FOR MEDICARE &
MEDICAID SERVICES,
   7500 Security Boulevard
   Baltimore, MD 21244,

HEALTH RESOURCES AND
SERVICES ADMINISTRATION,
   5600 Fishers Lane
   Rockville, MD 20857,

NATIONAL CENTER FOR
HEALTH STATISTICS,
   3311 Toledo Road
   Hyattsville, MD 20782,

NATIONAL INSTITUTES OF
HEALTH,
   9000 Rockville Pike
   Bethesda, MD 20892,

and

SUBSTANCE ABUSE AND
MENTAL HEALTH SERVICES
ADMINISTRATION,
   5600 Fishers Lane
   Rockville, MD 20857,

       Defendants.

# ERRATA

The summonses filed on February 18, 2025 (ECF 20-1, 20-2, 20-3, 20-4, 20-5, 20-6, and 20-7) are corrected as follows:

1. The phrase ", et al." should be added to the caption following "Doctors for America."

Dated: February 19, 2025                    Respectfully submitted,

/s/ Zachary R. Shelley
Zachary R. Shelley (DC Bar No. 90021549)
Adina H. Rosenbaum (DC Bar No. 490928)
Allison M. Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
zshelley@citizen.org

*Counsel for All Plaintiffs*

/s/ *David S. Louk*
David Chiu (CA SBN 189542)
   *San Francisco City Attorney*
Yvonne R. Meré* (CA SBN 175394)
   *Chief Deputy City Attorney*
Sara J. Eisenberg* (CA SBN 269303)
   *Chief of Complex and Affirmative Litigation*
Julie Wilensky* (CA SBN 271765)
David S. Louk (DC Bar No. 90022039)
             (CA SBN 304654)
   *Deputy City Attorneys*
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102
(415) 505-0844
david.louk@sfcityatty.org

*Counsel for Plaintiff City and County of San Francisco*

* *Motion to appear pro hac vice forthcoming*

3