UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOCTORS FOR AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | Civil Action No. 25-322-JDB |

## MOTION FOR ADMISSION PRO HAC VICE OF JULIE WILENSKY

Pursuant to Local Civil Rule 83.2(e), David S. Louk, a member of the bar of this Court and counsel for Plaintiff City and County of San Francisco, respectfully moves for the admission pro hac vice of Julie Wilensky as counsel for Plaintiff City and County of San Francisco in the above-captioned case. In support of this motion, the undersigned states as follows:

    1.    I am a member in good standing of the Bar of this court.

    2.    Julie Wilensky is an attorney with the San Francisco City Attorney's Office and maintains her office at 1390 Market Street, 7th Floor, San Francisco, CA 94102.

    3.    As set forth in the attached declaration, Julie Wilensky is a member in good standing of the state bars of California, Connecticut, and New York; and the federal bars of the U.S. District Courts for the Northern District of California,

Southern District of California, Central District of California, Eastern District of California, District of Colorado, and District of Connecticut; the U.S. Courts of Appeals for the Second, Third, Eighth, and Ninth Circuits; and the U.S. Supreme Court.

4.  Pursuant to Local Civil Rule 83.2(e)(2), attached to this motion is a certificate of the court or bar for the state in which Julie Wilensky regularly practices, which has been issued within thirty days of filing and states that Julie Wilensky is a member in good standing of the bar of that state court.

5.  Julie Wilensky seeks to be admitted for the purposes of this case only.

WHEREFORE, the movant respectfully requests that the Court enter an order permitting Julie Wilensky to appear pro hac vice in the above-captioned case.

Date: February 24, 2025

Respectfully submitted,

 /S/ DAVID S. LOUK
David S. Louk (DC Bar No. 90022039)
Deputy City Attorney
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102
(415) 505-0844
david.louk@sfcityatty.org

*Counsel for Plaintiff City and County of San Francisco*

2