UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOCTORS FOR AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>Defendants. | Civil Action No. 25-322-JDB |

**[PROPOSED] ORDER**

On consideration of the Motion for Admission Pro Hac Vice of Julie Wilensky, it is hereby ORDERED that the Motion is GRANTED. Julie Wilensky is admitted pro hac vice and may appear on behalf of Plaintiff City and County of San Francisco in the above-captioned case.

Dated: _____    _____
                                                                                                         Hon. John D. Bates
                                                                                                         U.S. District Judge

1