UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOCTORS FOR AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>Defendants. | Civil Action No. 25-322-JDB |

## [PROPOSED] ORDER

On consideration of the Motion for Admission Pro Hac Vice of Sara J. Eisenberg, it is hereby ORDERED that the Motion is GRANTED. Sara J. Eisenberg is admitted pro hac vice and may appear on behalf of Plaintiff City and County of San Francisco in the above-captioned case.

Dated: _____          _____
                                                                                    Hon. John D. Bates
                                                                                    U.S. District Judge

1