## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

<table>
<tr><td>

DOCTORS FOR AMERICA, et al.,

     Plaintiffs,


     v.

OFFICE OF PERSONNEL
MANAGEMENT, et al.,


     Defendants.

</td><td>

Civil Action No. 25-322-JDB

</td></tr>
</table>

### MOTION FOR ADMISSION PRO HAC VICE OF YVONNE R. MERÉ

Pursuant to Local Civil Rule 83.2(e), David S. Louk, a member of the bar of this Court and counsel for Plaintiff City and County of San Francisco, respectfully moves for the admission pro hac vice of Yvonne R. Meré as counsel for Plaintiff City and County of San Francisco in the above-captioned case. In support of this motion, the undersigned states as follows:

1.     I am a member in good standing of the Bar of this court.

2.     Yvonne R. Meré is an attorney with the San Francisco City Attorney's Office and maintains her office at City Hall, 1 Dr. Carlton B. Goodlett Place, San Francisco, CA 94102.

3.     As set forth in the attached declaration, Yvonne R. Meré is a member in good standing of the of the state bar of California, the U.S. District Courts for the Northern District of California and District of Massachusetts, the U.S. Court of

1

Appeals for the Ninth Circuit, and the U.S. Supreme Court.

4.      Pursuant to Local Civil Rule 83.2(e)(2), attached to this motion is a certificate of the court or bar for the state in which Yvonne R. Meré regularly practices, which has been issued within thirty days of filing and states that Yvonne R. Meré is a member in good standing of the bar of that state court.

5.      Yvonne R. Meré seeks to be admitted for the purposes of this case only.

WHEREFORE, the movant respectfully requests that the Court enter an order permitting Yvonne R. Meré to appear pro hac vice in the above-captioned case.


Date:  February 24, 2025          Respectfully submitted,

                                    /s/ DAVID S. LOUK
                                   David S. Louk (DC Bar No. 90022039)
                                   Deputy City Attorney
                                   Fox Plaza
                                   1390 Market Street, 7th Floor
                                   San Francisco, CA 94102
                                   (415) 505-0844
                                   david.louk@sfcityatty.org

                                   *Counsel for Plaintiff City and County of San Francisco*