# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

DOCTORS FOR AMERICA, et al. )
                Plaintiffs )
)
vs. ) Case Number: 25-cv-00322-JDB
)
OFFICE OF PERSONNEL MANAGEMENT, et al. )
                Defendants

**DECLARATION FOR PRO HAC VICE ADMISSION**
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name: **Yvonne Rosil Meré**

2. State bar membership number: **173594 (California)**

3. Business address, telephone and fax numbers: **Office of the San Francisco City Attorney, City Hall, 1 Dr. Carlton B. Goodlett Place, San Francisco, CA 94102; (415) 554-4708; 554-4715 (f)**

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law: **Supreme Court of the United States; CA Supreme Ct, CA Northern Dist. Ct, Massachusetts Dist. Ct, 9th Circuit Ct of Appeals**

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  Yes ☐   No ☑

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   Yes ☐   No ☑

(Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years. **0**

(If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar?

9. Do you have a pending application for admission into USDC for the District of Columbia?

**In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:**

**(CHECK ALL ITEMS THAT APPLY)**

1. [X] has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. [X] has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. [ ] has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

2-24-2025
DATE

_____
SIGNATURE OF ATTORNEY

2