AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| DOCTORS FOR AMERICA, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    25-cv-00322-JDB |
| OFFICE OF PERSONNEL MANAGEMENT, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CITY AND COUNTY OF SAN FRANCISCO                                                                    .

Date:      02/26/2025

/s/ Sara J. Eisenberg
*Attorney's signature*

Sara J. Eisenberg, Pro Hac Vice; CA SBN 269303
*Printed name and bar number*

San Francisco City Attorney's Office,
Fox Plaza, 1390 Market Street, 6th Floor,
San Francisco, CA 94102

*Address*

Sara.Eisenberg@sfcityatty.org
*E-mail address*

(415) 554-3874
*Telephone number*

(415) 437-4644
*FAX number*