AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| DOCTORS FOR AMERICA, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    25-cv-00322-JDB |
| OFFICE OF PERSONNEL MANAGEMENT, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CITY AND COUNTY OF SAN FRANCISCO                                                      .

Date:        02/26/2025                                    /s/ Yvonne R. Meré
                                                                    *Attorney's signature*

                                                    Yvonne R. Meré, Pro Hac Vice; CA SBN 173594
                                                        *Printed name and bar number*

                                                                City Hall
                                                    1 Dr. Carlton B. Goodlett Pl, Rm 234
                                                        San Francisco, CA 94102

                                                                *Address*

                                                    Yvonne.Mere@sfcityatty.org
                                                            *E-mail address*

                                                            (415) 554-4708
                                                            *Telephone number*

                                                            (415) 554-4715
                                                            *FAX number*