AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| DOCTORS FOR AMERICA, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-00322-JDB |
| OFFICE OF PERSONNEL MANAGEMENT, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CITY AND COUNTY OF SAN FRANCISCO .

Date: 02/26/2025

/s/ Julie Wilensky
*Attorney's signature*

Julie Wilensky, Pro Hac Vice; CA SBN 271765
*Printed name and bar number*

San Francisco City Attorney's Office,
Fox Plaza, 1390 Market Street, 7th Floor,
San Francisco, CA 94102
*Address*

Julie.Wilensky@sfcityatty.org
*E-mail address*

(415) 554-4274
*Telephone number*

(415) 437-4644
*FAX number*