UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Doctors for America, *et al.*,<br><br>                    Plaintiffs,<br><br>    v.<br><br>Office of Personnel Management, *et al.*,<br><br>                    Defendants. | Case No. 1:25-cv-00322-JDB |

**Joint Motion to Modify the Briefing Schedule**

On February 24, 2025, the Court issued a scheduling order in this matter. *See* ECF No. 26. The Court ordered Defendants to produce the administrative record by Monday, March 3, 2025; for Plaintiffs to file their motion for preliminary injunction and summary judgment by Friday, March 7, 2025; for Defendants to file any response, including their own dispositive motion, by Friday, March 14, 2025; for Plaintiffs to file any reply and/or response to defendants' motion by Friday, March 21, 2025; and for Defendants to file any reply to their own motion, if any, by Friday, March 28, 2025. *Id.*

In accordance with the Court's order, Defendants produced the administrative record on March 3, 2025. *See* ECF No. 34. Subsequently, in response to an inquiry from Plaintiffs, Defendants identified additional record documents, which were produced on March 6 and 7, 2025.

To allow Plaintiffs to review the additional record documents and to provide the parties sufficient time to adequately brief the motions for summary judgment, the parties request the Court modify the current briefing schedule as follows:

| Brief | Current | Proposed |
|---|---|---|
| Plaintiffs' joint motion for preliminary injunction and summary judgment | March 7, 2025 | March 11, 2025 |
| Defendants' response, including their own dispositive motion | March 14, 2025 | March 24, 2025 |
| Plaintiffs' reply and/or response to Defendants' motion | March 21, 2025 | April 3, 2025 |
| Defendants' reply to their own motion | March 28, 2025 | April 14, 2025 |

For the foregoing reasons, the parties request the Court grant their joint motion to modify the briefing schedule.

March 7, 2025

/s/ Zachary R. Shelley (with permission)
Zachary R. Shelley (DC Bar No. 90021549)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
zshelley@citizen.org

*Counsel for Plaintiffs*

Respectfully submitted,

/s/ James W. Harlow
JAMES W. HARLOW
Senior Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
(202) 514-6786
(202) 514-8742 (fax)
james.w.harlow@usdoj.gov

*Counsel for Defendants*