# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Doctors for America, *et al.*,<br><br>                              Plaintiffs,<br><br>     v.<br><br>Office of Personnel Management, *et al.*,<br><br>                              Defendants. | Case No. 1:25-cv-00322-JDB |

**[Proposed] Order Granting Joint Motion to Modify the Briefing Schedule**

For good cause shown, the parties' Joint Motion to Modify the Briefing Schedule is GRANTED. Plaintiffs shall file their joint motion for preliminary injunction and summary judgment on or before March 11, 2025. Defendants' response, including their own dispositive motion, is due on or before March 24, 2025. Plaintiffs' reply and/or response to Defendants' motion is due on or before April 3, 2025. Defendants' reply to their own motion is due on or before April 14, 2025.

SO ORDERED.

Dated: _____                    _____
                                          JOHN D. BATES
                                          United States District Judge