### Index of Administrative Record (rev. 3/7/2025)
### *Doctors for Am., et al. v. Office of Personnel Mgmt., et al.*
### No. 1:25-cv-00322-JDB (D.D.C.)

| Item No. | Agency | Date | Item Title/Description | Bates No. |
|---|---|---|---|---|
| 1 | OPM | 01/29/2025 | Initial Guidance Regarding President Trump's Executive Order *Defending Women* | OPM0001 – OPM0002 |
| 2 | OPM | 01/20/2025 | Executive Order 14168: Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government | OPM0003 – OPM0012 |
| 3 | Agency for Healthcare Research and Quality | 02/26/2025 | AHRQ Response-Defending Women.02-26-25* | HHS0001 – HHS0002 |
| 4 | Centers for Disease Control and Prevention | 02/05/2025 | Websites_EO Defending Women_February 5 2025* | HHS0003 – HHS0029 |
| 5 | Food and Drug Administration | 01/31/2025 | Email subject "OWH videos on YouTube" | HHS0030 |
| 6 | HHS Assistant Secretary for Public Affairs | 01/31/2025 | Email subject "President Trump's Executive Order on Defending Women" | HHS0031 – HHS0032 |
| 7 | Food and Drug Administration | 02/06/2025 | Changes – DEIA* | HHS0033 |
| 8 | Food and Drug Administration | 02/06/2025 | OPLIA Report for EO 14168-2.6.25-updated* | HHS0034 |
| 9 | Food and Drug Administration | 01/24/2025 | FDA DEIA content* | HHS0035 |
| 10 | HHS Office of Civil Rights | 02/06/2025 | Reporting Template to Implement EO 14168 Submitted On 2.6.2025* | HHS0036 – HHS0042 |
| 11 | HHS Office of the Assistant | 02/06/2025 | Data Call Template_Guidance_Executive_Order_14168* | HHS0043 – HHS0045 |

---

* Excerpt regarding "relevant webpages." Order, ECF No. 26, at 1.

**Index of Administrative Record (rev. 3/7/2025)**
*Doctors for Am., et al. v. Office of Personnel Mgmt., et al.*
**No. 1:25-cv-00322-JDB (D.D.C.)**

| | Secretary for Health | | | |
|---|---|---|---|---|
| 12 | Health Resources and Services Administration | 02/24/2025 | HRSA URL Tracker_Edited and Removed Pages on 1-30 and 1-31* | HHS0046 – HHS0048 |
| 13 | Substance Abuse and Mental Health Services Administration | 02/21/2025 | pagesjan30-31_SAMHSA* | HHS0049 – HHS0053 |
| 14 | National Institutes of Health | 02/21/2025 | EO-Protecting-Women-NIH-Pages-Sites-Removed* | HHS0054 – HHS0055 |
| 15 | Food and Drug Administration | 01/30/2025 | Email subject "EO 14168 on Biological Truth" and attachment | HHS0056 |
| | | 01/29/2025 | OPM Initial Guidance Regarding President Trump's Executive Order *Defending Women* | HHS0057 – HHS0058 |
| 16 | Food and Drug Administration | 01/30/2025 | Email subject "EO 14168 Defending Women" and attachment | HHS0059 |
| | | 01/29/2025 | OPM Initial Guidance Regarding President Trump's Executive Order *Defending Women* | HHS0060 – HHS0061 |
| 17 | Food and Drug Administration | 01/30/2025 | Email subject "FDA.gov Immediate Action Required: EO on Defending Women" | HHS0062 |
| 18 | Food and Drug Administration | 01/30/2025 | Email subject "RE: FDA.gov Immediate Action Required: EO on Defending Women" | HHS0063 – HHS0064 |
| 19 | Office of the Secretary | 01/31/2025 | Action: Initial Guidance Regarding President Trump's Executive Order *Defending Women* | HHS0065 – HHS0066 |
| | | | TAB A: Reporting Template – Defending Women | HHS0067 – HHS0068 |

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT

CERTIFICATION OF ADMINISTRATIVE RECORD FOR *Doctors for America, et al. v. OPM, et al.*, No. 1:25-cv-0322-JDB (D.D.C.)


Pursuant to the authority vested in me as the Acting Director of the United States Office of Personnel Management, I hereby certify to the best of my knowledge and belief, and after careful review, that the following records bearing Bates-stamp numbers OPM0001 – OPM0012 are true and correct copies of the documents that constitute the administrative record of the Office of Personnel Management, a named defendant in *Doctors for America, et al. v. OPM, et al.*, No. 1:25-cv-0322-JDB (D.D.C.).

Executed March 3, 2025

_____
Charles Ezell
Acting Director
U.S. Office of Personnel Management

UNITED STATES OF AMERICA

DEPARTMENT OF HEALTH AND HUMAN SERVICES

C E R T I F I C A T I O N   O F   T R U E   C O P Y

Pursuant to 42 U.S.C. § 3505 and authority vested in me

by delegation from the Secretary (57 F.R. 4210), I certify that the

records bearing Bates-stamp numbers HHS0001 – HHS0068

produced by the Department of Health and Human Services in

response to the Court's February 24, 2025 Scheduling Order in

*Doctors for America, et al. v. OPM, et al.*, No. 1:25-cv-0322-JDB

(D.D.C.), are excerpts of true copies or true copies of documents on file

with the Department of Health and Human Services.  To the best of my

knowledge, the attached documents HHS0001 – HHS0068

constitute a true and correct copy of the administrative record of

the Department of Health and Human Services, and its

components which are named as defendants, in *Doctors for America,*

*et al. v. OPM, et al.*, No. 1:25-cv-0322-JDB (D.D.C.).

IN WITNESS THEREOF, I have hereunto set my hand

and caused the seal of the Department of Health and Human

Services to be affixed to this Certification, on this ___7th___ day of

_____ March _____ 2025.

Michael Goulding
Associate General Counsel
General Law Division, OGC