UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOCTORS FOR AMERICA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE OF PERSONNEL MANAGEMENT, et al.<br><br>Defendants. | Civil Action No. 25-cv-322-JDB |

**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION
AND FOR EXPEDITED SUMMARY JUDGMENT**

Pursuant to Federal Rules of Civil Procedure 56 and 65, Plaintiffs respectfully request that this Court grant a preliminary injunction and expedited summary judgment on their claims that Defendants' actions violate the Administrative Procedure Act. In support of this motion, Plaintiffs submit the accompanying memorandum of law, declarations of Angie Bakke, Dr. Stephanie Cohen, Dr. Daniel Debowy, Dr. Kathryn Harris, Dr. Han Yu Stephanie Liou, Dr. Susan Philip, Dr. Reshma Ramachandran, Dr. McKayla E. Saine, and Dr. Eugenia Siegler, and a proposed order.

Dated: March 11, 2025

Respectfully submitted,
/s/ Zachary R. Shelley
Zachary R. Shelley (DC Bar No. 90021549)
Adina H. Rosenbaum (DC Bar No. 490928)
Allison M. Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
zshelley@citizen.org

*Counsel for All Plaintiffs*

/s/ *David S. Louk*
David Chiu
   *San Francisco City Attorney*
Yvonne R. Meré (*pro hac vice*)
   *Chief Deputy City Attorney*
Sara J. Eisenberg (*pro hac vice*)
   *Chief of Complex and Affirmative Litigation*
Julie Wilensky (*pro hac vice*)
David S. Louk (DC Bar No. 90022039)
   *Deputy City Attorneys*
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102
(415) 505-0844
david.louk@sfcityatty.org

*Counsel for Plaintiff City and County of San Francisco*