UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOCTORS FOR AMERICA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE OF PERSONNEL MANAGEMENT, et al.<br><br>Defendants. | Civil Action No. 25-cv-322-JDB |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AND EXPEDITED SUMMARY JUDGMENT**

Upon consideration of Plaintiffs' motion for a preliminary injunction and expedited summary judgment, the opposition thereto, and the full record in this case, it is hereby

**ORDERED** that Plaintiffs' motion is **GRANTED**.

And it is further **DECLARED** that the Office of Personnel Management (OPM) memorandum "Initial Guidance Regarding President Trump's Executive Order Defending Women" exceeded OPM's statutory authority and was arbitrary and capricious; and it is further

**DECLARED** that the adoption by the Department of Health and Human Services, including its component agencies, (collectively, Health Agency Defendants) of a new policy requiring removal or modification of webpages and datasets that it identifies as promoting "gender ideology" was arbitrary and capricious; and it is further

**DECLARED** that the Health Agency Defendants' removal of webpages and datasets violates the Paperwork Reduction Act of 1995, the Evidence-Based Policymaking Act of 2018 and its regulations, and the Administrative Procedure Act; and it is further

**ORDERED** that the Health Agency Defendants shall restore to the versions posted as of January 29, 2025, webpages and datasets that they removed or modified, or that they directed to have removed or modified, in response to the OPM memorandum or without reasoned justification; and it is further

**ORDERED** that for statistical products that were restored in response to this Court's orders, the Health Agency Defendants shall remove disclaimers added to those webpages; and it is further

**ORDERED** that the Health Agency Defendants are **ENJOINED** from further enforcing a policy requiring removal of all outward facing media, including webpages and datasets, in whole or in part, that the agencies identify as promoting "gender ideology."

**SO ORDERED**.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE

Dated: _____, 2025