UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Doctors for America, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>Office of Personnel Management, et al.,<br><br>    Defendants. | Civil Action No. 25-cv-322-JDB |

**DECLARATION OF ANGIE BAKKE**

I, Angie Bakke, declare as follows:

1. I am the Executive Director of Doctors for America (DFA) and have served in that role for over four years. I earned my MBA from the University of Sioux Falls and my undergraduate degree in mass communications from the University of Mary. Prior to working at DFA, I had 25 years of nonprofit management and leadership experience, including expertise in healthcare, media, advocacy, fundraising, operations, behavioral communications, and change management.

2. It is my understanding that HHS and its component agencies have removed hundreds or thousands of pages and datasets from their websites.

3. When HHS and its component agencies removed the webpages and datasets from their websites on January 31, 2025, DFA received a wave of inquiries raising concern about lack of access to vital health information.

4. I have served as one of the points of contact for DFA members who have concerns about HHS and its component agencies removing vital health information.

5.     By the time of the February 14, 2025, deadline for HHS and its component agencies to comply with the Court's Temporary Restraining Order, DFA members had identified dozens of the removed pages on which they rely and DFA's counsel had communicated those webpages to counsel for the agencies. However, because a webpage may provide essential information even if health professionals do not rely on the webpage every day or even every week, and because it is difficult to identify and sufficiently describe webpages that no longer exist, DFA members have continued to identify webpages that HHS and its agencies removed and on which DFA members rely. DFA members have continued to identify removed webpages on which they rely both after the February 14 deadline for the agencies' compliance with the Court's Temporary Restraining Order and after the Amended Complaint was filed on February 18.

6.     Because DFA members rely extensively on a wide swath of information from the websites of HHS and its component agencies, I expect that DFA will continue to receive reports of webpages that HHS and its component agencies have removed. Unless those webpages are also restored, DFA members, their patients, and the public health will continue to suffer.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3-6-2025

*Angie Bakke*
Angie Bakke