UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Doctors for America, et al.,<br><br>    Plaintiffs,<br><br>       v.<br><br>Office of Personnel Management, et al.,<br><br>    Defendants. | Civil Action No. 25-cv-322-JDB |

**SECOND DECLARATION OF STEPHANIE COHEN, M.D., M.P.H.**

I, Stephanie Cohen, declare as follows:

    1.    This declaration supplements my declaration dated February 7, 2025.

    2.    I am the Director of the STI/HIV Branch of the Population Health Division of the San Francisco Department of Public Health (SFDPH). My prior declaration sets forth my educational and professional background and current positions and provides information about San Francisco City Clinic (SF City Clinic), an SFDPH-run sexually transmitted infection (STI) clinic.

    3.    In my prior declaration, I identified examples of CDC's websites and datasets that we in SFDPH's San Francisco Health Network—and the entire public health community—regularly rely on in our work, and which were suddenly removed. These included, for example: CDC HIV PrEP (pre-exposure prophylaxis) clinical practice guidelines, mpox information, data and surveillance summaries (including mpox US and global situation status updates and clade 1 mpox outbreak updates), STI treatment guidelines, contraceptive guidance, and vaccine information sheets. My understanding is that some of these websites have been restored, but given

1

the large number of pages that were removed, I am not sure of the extent to which pages remain down.

4.      As I stated in my prior declaration, it is important for clinical providers and public health professionals to be able to quickly access these essential resources when providing care. We use CDC guidelines to support the clinical care of patients at SF City Clinic, as well as to train providers throughout San Francisco in the delivery of evidence-based sexual and reproductive health care. As I stated previously, immediately after resources were removed from CDC's websites, I personally received messages from providers in San Francisco and throughout the United States asking me if I had downloaded PDFs to share, as the providers were unsure how to proceed with the usual, standard of care practice. Providers' inability to access clinical guidelines may put patients at risk of not receiving evidence-based clinical care.

5.      My colleagues and I also rely on CDC's data tables and surveillance summaries. In my prior declaration, I gave the example that we routinely use the Division of STD Prevention and Division of HIV Prevention websites to compare local and national trends and evaluate programs. As another example, in our work at SFDPH, we use the CDC webpage "About HIV Surveillance and Monitoring" and its links to related data systems and projects, including the National HIV Surveillance System, the National HIV Behavioral Surveillance (NHBS), and other websites and datasets that capture information about HIV prevention and care efforts nationally. SFDPH, like other government agencies, uses these data to make decisions about local programs, policies, and resources. It is my understanding that much of this information, including the NHBS, was removed from CDC's website, but that at least some of that information has been restored due to the proceedings in this lawsuit.

6. To carry out SFDPH's mission to protect and promote public health for people in San Francisco, it is crucial that the national STI and HIV surveillance data and epidemiologic analyses that we rely on be objective and complete. Any changes to surveillance data on federal health agency websites will impact our understanding of public health trends and our provision of clinical care.

7. Many CDC, HHS, and other sub-agency webpages SFDPH relies on currently have the following disclaimer: "Per a court order, HHS is required to restore this website as of 11:59PM ET, February 11, 2025. Any information on this page promoting gender ideology is extremely inaccurate and disconnected from the immutable biological reality that there are two sexes, male and female. The Trump Administration rejects gender ideology and condemns the harms it causes to children, by promoting their chemical and surgical mutilation, and to women, by depriving them of their dignity, safety, well-being, and opportunities. This page does not reflect biological reality and therefore the Administration and this Department rejects it."

8. This disclaimer is not scientifically accurate. It is also highly inflammatory and misleading, undermining public trust in the integrity of the publicly accessible health information and data on the web pages on which it appears. Among other things, it does not account for the "biological reality" of the existence of intersex traits. And as a physician and public health practitioner, I do not use the term "gender ideology," nor have I encountered that term in my medical and public health training and practice. My work involves educating healthcare providers on how to provide respectful, patient-centered care, which includes recognizing and affirming all patients' gender identities, including transgender and nonbinary identities. As a provider, I am hesitant to share materials that have this inaccurate and stigmatizing disclaimer with transgender

3

and nonbinary patients, who already encounter discrimination and barriers to accessing healthcare that contribute to disparities in health outcomes for this population.

9. Access to current information on CDC and other HHS sub-agency websites is essential to SFDPH in many other areas. For example, not having current data on mpox hinders our preparedness and our patient care and impacts the City's preparedness and clinical response to evolving disease outbreaks. In short, denying access health information and data like this increases the risks that more people will fall ill or die.

10. One of my roles is to serve as an on-call communicable disease physician for SFDPH. In this role, I receive after hours and weekend phone calls from clinical providers working in emergency rooms, urgent cares, and clinics throughout San Francisco. Providers call the SFDPH on-call communicable disease physician to report urgent public threats. In my role, I need to be able to quickly access accurate data on the epidemiology of these emerging threats—e.g., how many cases there are and in what geographic locations and populations. This helps me assess the likelihood that the patient has an infection, and guides my recommendations to the provider and what public health actions I take.

11. Another context in which my SFDPH colleagues and I use webpages and publicly accessible data from CDC, HHS, and federal sub-agencies is in our own clinical and public health research, surveillance, and analyses. For example, SFDPH's Center for Public Health Research uses CDC websites such as "Fast Facts: HIV and Transgender People," "Health Disparities Among LGBTQ Youth," "STI Treatment Guidelines," as well as information from the National Center for Health Statistics, including webpages from the Youth Risk Behavioral Surveillance System. The Center for Public Health Research also uses National HIV Behavioral Surveillance (NHBS) information, as well as webpages from SAMHSA and CBHSQ's website for the 2023 LGB+

Behavioral Health Report, which derives from CBHSQ's National Survey on Drug Use and Health. The removal of these resources has negatively impacted our research efforts. For example, a colleague who had been preparing a manuscript for journal publication on recommendations for doxyPEP for transgender women was unable to access documents from the NHBS when the webpages were removed.

12. SFDPH uses these online resources as primary sources for up-to-date evidence-based health information, which we share with vulnerable populations (particularly those at high risk for HIV, STIs, and Hepatitis C Virus (HCV)) in the course of our research studies, programs and clinical care. Participants in our research studies include San Francisco residents living below the poverty level (in neighborhoods we identify using the CDC webpages for the Social Vulnerability Index), people who inject drugs, transgender women, and men who have sex with men. Examples of how we use the CDC and other health agency websites and online resource include: to promote HIV testing and early diagnosis, to refer for care people likely to acquire infection, to counsel study participants who may benefit from PrEP to prevent infection, to refer persons with HCV to curative treatment, and to treat participants with STIs. The CDC STI Treatment Guidelines contain a reference tool for providers in how to take a sexual history and when and how to offer prevention counseling. In addition, the guidelines contain infection-specific counseling points that providers reference when counseling a patient who has been newly diagnosed with an STI. The guidelines are therefore an essential resource for fostering communication with patients about STIs.

13. My colleagues and I also rely on HRSA's websites, including pages for HRSA's Ryan White HIV/AIDS Program, the federal program that funds local and state agencies to deliver HIV care for people with HIV who do not have full health insurance. For example, we use

webpages relating to HRSA's Ryan White HIV/AIDS Program Special Projects of National Significance (SPNS) Initiatives, a program that supports the development of innovative models of HIV care and treatment, which contribute to the advancement of public health knowledge and the goal of ending the HIV epidemic in the United States. These pages are a helpful reference when planning new programs or applying for grants. SFDPH was one of nine project sites for an SPNS Initiative on "Enhancing Engagement and Retention in Quality HIV Care for Transgender Women of Color, 2012-2017," which has a webpage with links to journal articles resulting from the project. As of March 6, 2025, HRSA's webpage for that SPNS Initiative is down.

14.     In my work at SFDPH as a physician and public health practitioner, I consult CDC and other federal health agency websites frequently. Which webpages and data I consult depends on my needs in the moment, and I cannot predict which information I will need to access on any particular day. My colleagues and I have continued to identify webpages that have been removed, and we may continue to do so in the future.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2025, in San Francisco, California.

*/s/ Stephanie Cohen*
Stephanie Cohen, M.D., M.P.H.