UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Doctors for America, et al.,

    Plaintiffs,

    v.

Office of Personnel Management, et al.,

    Defendants.

Civil Action No. 25-cv-322-JDB

## DECLARATION OF DR. DANIEL DEBOWY

I, Daniel Debowy, declare as follows:

1. I am board-certified in general psychiatry with a career-long focus on the treatment of emerging adults. For fourteen years, I have worked in a university mental health clinic with undergraduates and graduate students, as both a therapist and psychopharmacologist. My M.D. and my PhD in Neuroscience are from New York University School of Medicine, and I completed my psychiatry residency at the Massachusetts General Hospital & McLean program affiliated with Harvard University.

2. I am a member of Doctors for America.

3. The care of my emerging adult patients not only includes an evidence-informed approach to their psychiatric conditions and available modalities of treatment, but also an understanding of generational trends in mental health and wellness. Viewing narratives from my patients in the context of trends on campus, age-matched cohorts on other campuses, and emerging adults nationwide allows for better comparative comprehension of their situation, as well as openings in the therapeutic dialogue to normalize their struggles. When I first came to my present

1

job position, for example, alcohol use was far more pronounced amongst undergraduates and dysfunctional use of marijuana rarer than now. Keeping abreast of these kinds of changes is important for providing care to my patients.

4. Public datasets, like the Youth Risk Behavior Survey (YRBS) compiled by CDC, highlight some of these trends. The availability of the survey is necessary to enable review publications that discuss trends in the survey, as well as forming part of the basis for new research and survey studies. The literature that my colleagues and I use to keep current, and to inform our discussions about clinical cases, will be thereby hobbled if the curation and open access of the YRBS is halted. There are some other datasets on mental health curated by organizations like the Center for Collegiate Mental Health. But those datasets cover more specific populations or issues, and part of their utility is in comparison with the data about the overall young adult cohort. Moreover, the YRBS also is administered to pre-teens and adolescents, alerting the field to potential upcoming shifts in mental health and risk patterns.

5. If the databases are not maintained and open-access, there will be several harmful effects on the work that my colleagues and I do. Comparison with the experiences of students at sister schools might continue through dialogue with colleagues, but would more often be in the realm of anecdote (i.e., "Are you seeing what we are seeing?"). Comparisons with the larger age-matched cohort or that of the upcoming younger generation, as published in the literature, would be narrowed in scope. Individual instruments designed by researchers for their studies would likely diverge further from each other, as they would now be based on hypotheses arising from different, smaller datasets, and their results would be more difficult to compare and/or compile in reviews. In aggregate, we would have a murkier understanding of what is happening to young adults, be less aware of concerning trends arising in a given generation's mental health, and be less able to

normalize an individual's challenges as something they share with many peers. That makes my work as a therapist and psychopharmacologist harder, and it needlessly imposes risk on my patients.

6. As new therapeutic interventions are introduced, and younger generations are put under the pressure of societal changes, trends in mental health can clarify what seems to be helping and can assist in identifying how to best counsel emerging adults. Diminishing our ability to clearly discern whether health-relevant societal/policy changes coincide into a quantifiable change in the mental health of Generations Z and Alpha in coming years, and coinciding changes in risky behaviors, creates a harmful blindspot. Such a collective professional setback would be devastating.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2025

_____
Daniel Debowy, M.D., PhD