UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Doctors for America, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>Office of Personnel Management, et al.,<br><br>  Defendants. | Civil Action No. 25-cv-322-JDB |

### DECLARATION OF DR. KATHRYN HARRIS

I, Kathryn Harris, declare as follows:

1. I am a board certified internal medicine specialist practicing at Dothouse Health, a federally qualified health center located in Dorchester, MA. I graduated from Harvard Medical School and completed my residency in Internal Medicine at Rhode Island Hospital. I have been a primary care physician for thirty years.

2. I am a member of Doctors for America.

3. As part of my work I see patients in a busy urgent care setting where we treat a population at high risk for sexually transmitted diseases. I also see patients for contraception counseling and treatment. I rely frequently on CDC resources, including CDC's STI treatment guidelines app, to look up guidelines that enable me to accurately treat my patients for these issues as well as for a wide variety of other conditions.

4. The CDC information is easily accessible, up to date and free of pharmaceutical company bias. There are other resources available, but they tend to be cumbersome and take longer

1

to use. By comparison, I trust the CDC information to have timely data and to be accurate. For those reasons, their guideline information is considered the standard of care.

5. When CDC removed resources from its website, it removed webpages related to STI guidelines and also removed access to the STI treatment guidelines app. Because I have relied on easily accessible, accurate, and up-to-date CDC information for years for treating patients for conditions from COVID to Chlamydia, I literally stopped in my tracks when I realized that the information was gone.

6. With the loss of this important resource, it takes me more time to access vital information. That means I cannot see as many patients, and it makes it harder to guarantee I provide my patients with the best treatment.

7. I also use the STI treatment guideline app and other CDC apps for teaching the medical students and residents. Without access to the apps, it is harder to prepare the medical students and residents to serve their future patients.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 10, 2025

_____
Kathryn Harris