UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Doctors for America, et al.,

    Plaintiffs,

    v.

Office of Personnel Management, et al.,

    Defendants.

Civil Action No. 25-cv-322-JDB

**SECOND DECLARATION OF DR. SUSAN PHILIP**

I, Susan Philip, declare as follows:

    1.    This declaration supplements my declaration dated February 7, 2025.

    2.    I am the Health Officer for the City and County of San Francisco, and Director of the Population Health Division (PHD) of the San Francisco Department of Public Health (SFDPH). SFDPH is a City department whose mission is to protect and promote the health of all San Franciscans. My prior declaration sets forth my educational and professional background and current positions and provides information about my department's reliance on data, guidance, and other information made publicly available on CDC, HHS, and FDA websites that was suddenly removed without notice in late January 2025, and which was subject to the court-ordered Temporary Restraining Order (TRO) in this case. This declaration supplements my earlier discussion and provides additional information about the data, guidance, and other information my department relies on across many of HHS's component agencies.

    3.    As Director of PHD, I oversee 16 branches within SFDPH that promote and protect public health through mandated public health functions including disease surveillance,

environmental safety, health promotion and chronic disease prevention, preparation and response to public health emergencies, and monitoring of emerging and ongoing infections and diseases. In addition, renowned scientists in the Division conduct nationally recognized research in multiple areas, including HIV and substance use, which allows San Francisco to develop and implement novel, effective public health interventions.

4.    I also hold the Health Officer position for San Francisco. California law requires that this county-level position be held by a physician, and imposes various duties to protect and preserve public health, including issuing local health orders, orders for isolation, and quarantine. The Health Officer is the county-level official responsible for declaring local health emergencies, and serves as the local registrar of births and deaths.

5.    The Population Health Division is one of several divisions within SFDPH. The Division provides expert public health services for the City and County of San Francisco, including epidemiology and surveillance, health promotion, disease and injury prevention, disaster preparedness and response, and applied research, as well as policy development and implementation. Branches within PHD include, among others: Applied Research, Community Health Epidemiology & Surveillance, which conducts public health surveillance on communicable diseases such as HIV, STIs, Tuberculosis, and other reportable diseases; Bridge HIV and the Center for Public Health Research, which conduct innovative research, including in HIV prevention; Center for Data Science, which advises SF's core public health services through use and analysis of data; Tuberculosis, Communicable Disease, and STI/HIV, three branches that operate public health clinics and conduct disease investigations; Public Health Emergency Preparedness and Response, which coordinates health emergency preparedness, response, and

recovery efforts; and Public Health Lab, which provides specialized high-quality laboratory testing support for SF.

6. Other important divisions of SFDPH include Behavioral Health Services and the SF Health Network. Behavioral Health Services works to prevent drug overdose deaths in San Francisco and seeks to provide effective substance use and mental health care. It also promotes behavioral health and wellness among San Franciscans, including by serving children, youth, and adults who are experiencing mental health and substance use challenges and have low incomes, are uninsured, and/or qualify for Medi-Cal. The SF Health Network is a community of top-rated clinics, hospitals and programs that connect San Franciscans to low cost, quality health care.

7. In my prior declaration, I identified examples of data, guidance, and other information that was suddenly removed from CDC, HHS, and FDA websites, such as interim clinical considerations for Mpox, Youth Risk Behavioral Surveillance System (YRBSS), and Division of Adolescent and School Health (DASH) Data & Statistics.

8. I have since learned of additional webpages, data, and information that were removed from CDC, HHS, and other sub-agency websites, including: Social Vulnerability Index webpages; Environmental Justice Index webpages, PrEP for the Prevention of HIV Infection in the U.S.; HIV Monitoring webpages; Getting Tested for HIV; National ART Surveillance System (NASS) webpages, information, and datasets; CDC Contraceptive Guidance for Health Care Providers; AHRQ webpages; NIH webpages that provide information about abortion and health disparities; and SAMHSA and CBHSQ webpages and reports, including the 2023 Adolescent LGB+ Behavior Health Report, among others.

9. I understand that some of these websites and data have been restored, at least in part as a result of the TRO, but because so many pages were removed, I am unsure of what pages

remain offline. In addition, I understand that because the TRO has been allowed to expire, some pages may continue to be removed without any prior notice.

10. I also understand that since the TRO was issued in this case, numerous CDC webpages, such as "Fast Facts: HIV in the United States," now include the following statement in a banner at the top of each applicable webpage: "Per a court order, HHS is required to restore this website as of 11:59PM ET, February 14, 2025. Any information on this page promoting gender ideology is extremely inaccurate and disconnected from the immutable biological reality that there are two sexes, male and female. The Trump Administration rejects gender ideology and condemns the harms it causes to children, by promoting their chemical and surgical mutilation, and to women, by depriving them of their dignity, safety, well-being, and opportunities. This page does not reflect biological reality and therefore the Administration and this Department rejects it." An excerpt from the "Fast Facts: HIV in the United States" webpage showing this banner is attached as Exhibit A.

11. In my professional opinion, the claims in this banner are not supported by scientific evidence, are highly inflammatory and likely to mislead, and undermine the credibility of CDC's authority to speak to matters of public health.

12. As I previously described in my prior declaration, the removal of widespread public-health-related information from federal public health websites will cause serious harm to my department and will have serious public health consequences. Moreover, in my professional opinion, banners like the one described above cast doubt on the integrity of data and information on applicable government websites on which my department and the public relies, including for legal requirements like health orders.

13. My department regularly relies on the removed websites, data, and information in many contexts, including to assist our staff in tracking disease outbreaks; in determining evolving

risks to public health; in deciding whether to declare a local health emergency when necessary; and in overseeing the sampling, analysis, and other efforts necessary to respond to local health emergencies and protect the public health.

14. We also use the removed websites and datasets in other contexts as well, including when providing clinical care to patients (particularly with respect to the testing, prevention, and treatment of STIs); when providing guidance to the clinical community in San Francisco; when conducting research, including on vulnerable populations in San Francisco; when developing local analyses and reports; when assessing our local programs; and when developing practices and policies to protect public health.

15. The Center for Data Science (CDS), a branch of SFDPH, also relies on the removed websites and datasets. For example, CDS uses the Youth Risk Behavior Surveillance Survey (YRBSS) as the primary data source for monitoring health trends among school-aged children in San Francisco, including behavioral health. CDS also uses YRBSS data to calculate the weighted prevalence of various health behaviors—including mental health, obesity, smoking, fruit and vegetable consumption, and sugary drink consumption—stratified by race/ethnicity, grade, and sex among middle and high school students. CDS also uses YRBSS data when developing its mental health indicators, and it creates reports that rely on YRBSS data.

16. The YRBSS data provides essential health data about youth, including LGBTQ+ youth. My understanding is that sexual orientation questions were added in 2014, and gender identity questions were added in 2017, both of which are critical to tracking health indicators for LGBTQ+ youth. This critical data helps SFDPH understand factors that affect the health and well-being of LGBTQ+ youth and has helped shape local public health policy and interventions, because data shows that LGBTQ+ youth are at higher risk of a variety of health concerns. Without

access to YRBSS data, we at SFDPH would not be able to design public health policies and interventions as effectively, which would result in in youth, particularly LGBTQ+ youth, being needlessly placed at greater risk of substance abuse, self-harm, and suicide.

17. SFDPH's Center for Public Health Research (CPHR) also relies on the removed websites. Among other things, CHPR uses webpages maintained by the Agency for Healthcare Research and Quality (AHRQ), including articles such as "A model for improving health care quality for transgender and gender nonconforming patients," "How cisgender clinicians can help prevent harm during encounters with transgender patients," and "More than an apple a day: factors associated with avoidance of doctor visits among transgender, gender nonconforming, and nonbinary people in the USA." These articles, which help inform our understanding of the health care needs of transgender people, are no longer available on AHRQ's website as of March 7, 2025.

18. CPHR also relies on other removed webpages, such as the "2023 Adolescent LGB+ Behavioral Health Report," which is on the SAMHSA website and is derived from CBHSQ's National Survey on Drug Use and Health.

19. SFDPH's HIV Epidemiology Section also relies on the removed websites and information, including the CDC's HIV Surveillance Supplemental Reports. We use this data to obtain national statistics on the percentage of people with HIV who know their serostatus and the percentage of people with HIV who are in care. Comparisons between SF and national statistics are presented in our Annual HIV Surveillance Report to track progress towards ending the epidemic.

20. In the course of our work, our department often refers to or uses research articles on CDC and other HHS subcomponent agency websites, and we expect that this publicly available research will remain online and available in its unaltered form.

21.     If the federal health agency webpages that were removed and then restored are later removed once again, or if information we rely on from those pages is deleted, we will experience additional disruptions to our ability to provide care to patients, to perform disease monitoring, and to undertake the groundbreaking research that helps protect and promote the health of San Franciscans.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 7, 2025, in San Francisco, California.

*/s/ Susan Philip*
Dr. Susan Philip

# EXHIBIT A




APRIL 22, 2024

Per a court order, HHS is required to restore this website as of 11:59PM ET, February 14, 2025. Any information on this page promoting gender ideology is extremely inaccurate and disconnected from the immutable biological reality that there are two sexes, male and female. The Trump Administration rejects gender ideology and condemns the harms it causes to children, by promoting their chemical and surgical mutilation, and to women, by depriving them of their dignity, safety, well-being, and opportunities. This page does not reflect biological reality and therefore the Administration and this Department rejects it.

# Fast Facts: HIV in the United States

**AT A GLANCE**

HIV remains a persistent problem in the United States. In the United States, estimated HIV infections decreased 12% overall from 2018 to 2022. Learn more about HIV trends in the United States.



## Fast facts

HIV affects some groups more than others. Social and structural issues—such as HIV stigma, homophobia, discrimination, poverty, and limited access to high-quality health care—influence health outcomes and continue to drive inequities.

### HIV incidence

HIV incidence refers to the estimated number of new HIV infections in a given year.

## Estimated HIV infections in the US by transmission category, 2022

There were **31,800 estimated new HIV infections** in the US in 2022. Of those:

 **67%** (21,400) were among gay, bisexual, and other men who reported male-to-male sexual contact*

 **22%** (7,000) were among people who reported heterosexual contact

 **7%** (2,300) were among people who inject drugs

* Includes infections attributed to male-to-male sexual contact *and* injection drug use (men who reported both risk factors).

Source: CDC. Estimated HIV incidence and prevalence in the United States, 2018–2022. *HIV Surveillance Supplemental Report*, 2024; 29(1).

 Ending the HIV Epidemic | **Overall Goal: Decrease the estimated number of new HIV infections to 9,300 by 2025 and 3,000 by 2030.** 

Estimated HIV infections in the US by transmission category.

### HIV infections among gay, bisexual, and other men who reported male-to-male sexual contact