UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Doctors for America, et al.,

Plaintiffs,

v.

Office of Personnel Management,
et al.,

Defendants.

Civil Action No. 25-cv-322-JDB

### DECLARATION OF DR. MCKAYLA E. SAINE

I, McKayla E. Saine, declare as follows:

1.      I am an epidemiologist, board-certified internal medicine physician, and infectious diseases fellow physician in Philadelphia, Pennsylvania. My research and clinical interests focus on the intersection of HIV, viral hepatitis, and addiction medicine, with a specific focus on removing barriers to treatment access and equitable care delivery. I received my MA in Anthropology: Skeletal Biology in 2012, PhD in Epidemiology in 2019, and MD in 2021.

2.      I am a member of Doctors for America, serving as the Co-Chair of the Public Health Task Force since June 2024, a member of the FDA Task Force, and a 2024-2025 Gene A. Copello Health Advocacy Fellow.

3.      The removal of the CDC web pages makes it harder to do clinical, research, and advocacy work. As a clinician, I rely on the CDC guidelines and resources to help care for patients and guide clinical decision-making. As a researcher, I rely on the national strategic plan for HIV elimination, Ending the HIV Epidemic, which was removed from the CDC website at the time that other resources were removed. The national strategic plan informs multiple levels of HIV care and research, as well as state and local public health strategies. Researchers like me use this

1

information daily to develop and implement projects that align with our national strategic plan to eliminate HIV.

4.    Several CDC resources and pages on national HIV prevention public health campaigns were also removed. These campaigns include patient- and provider-level information and resources. For example, *Let's Stop HIV Together* is a public health campaign in English and Spanish, which includes information on U=U (undetectable=untransmissible), and treatment as prevention. Dr. Robyn Fanfair's November 26, 2024, letter commemorating World AIDS Day highlights several important resources from the *Let's Stop HIV Together* campaign on topics such as stigma reduction, treatment as prevention, and social media toolkits, all of which were removed. I use these CDC resources in both research and clinical practice, as well as to teach others about stigma in health. These resources are critical teaching tools for patients, providers, and the general public. I know of no other resources that are as useful as these CDC webpages.

5.    In addition, the CDC removed many resources, brochures, and info sheets on HIV pre-exposure prophylaxis (PrEP), post-exposure prophylaxis (PEP), and HIV testing, particularly sections relevant to LGBTQ patients, as well as essential HIV surveillance resources. I frequently used these pages to understand gaps in care among patients and inform research on HIV prevention efforts. As an HIV physician, these resources are essential to understand challenges and health disparities faced by the populations and patients that I treat. Access to timely and uncensored HIV surveillance data is essential to both clinicians and epidemiology researchers.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on March 7, 2025

McKayla E. Saine, M.D., PhD