UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Doctors for America, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>Office of Personnel Management, et al.,<br><br>    Defendants. | Civil Action No. 25-cv-322-JDB |

**DECLARATION OF DR. EUGENIA SIEGLER**

I, Eugenia Siegler, declare as follows:

1. I am a geriatrician, now Professor Emerita of Clinical Medicine at Weill Cornell Medicine, where I continue to do research and other scholarly work but no longer see patients. Until I retired from the practice of medicine last year, I saw primary care patients in the Center on Aging, attended on the inpatient geriatric service where I taught medical residents, and performed geriatric consultations for the Center for Special Studies, Weill Cornell's HIV clinic.

2. After receiving my undergraduate degree in Biochemical Sciences from Princeton University, I obtained my M.D. from Johns Hopkins. I trained in Internal Medicine at Bellevue and New York University Hospitals, where I was intern, resident, and chief resident. Following residency, I completed my fellowship in general internal medicine and geriatrics at the University of Pennsylvania.

3. I am a member of Doctors for America.

4. I have published research and reviews on the topic of care of the person aging with HIV. I continue as a member of the Medical Care Criteria Committee (MCCC) for the New York

1

State Department of Health AIDS Institute (AI) Clinical Guidelines Program, and I am the primary author of its guidance, "Addressing the Needs of Older Patients in HIV Care." I am a member of the NYSDOHAI's Clinical Quality Advisory Committee, where I am a co-chair of the Long Term and Lifetime Survivor Subcommittee.

5.  In my work, including my lectures on care of the people aging with HIV, I reference the TargetHIV site as a source of information not just about the HIV and Aging SPNS but as a searchable site for Ryan White initiatives. This site is essential to those who wish to provide high quality care for people with HIV, and for those with lived experience who wish to learn more about HIV. It has links to protocols, curricula, symposia, and other practical information that cannot be found in journals. It is the main source of information about replication of best practices for HIV care. I have watched symposia, reviewed slide sets, and examined curricula on this site. The HIV and Aging SPNS site has links not just to the individual sites but to mentoring and the speaker's bureau. These will no longer be accessible if the site is taken down. Without those webpages, providers will not be able to keep themselves as informed of how to care for their patients.

6.  Recently I reviewed a manuscript about aging of people who were perinatally infected with HIV (e.g., acquired before birth). In my comments to the authors, I suggested links to some of the information on the TargetHIV website that give voice to those with lived experience (here in the US, the term "lifetime survivors" is used), but the TargetHIV website was down at the time. They were able to update their manuscript without these links, but it was a lost opportunity for them to learn more and to access this information easily.

7.  We cannot risk losing 40 years of practical experience in the care of people with HIV. Taking this website down or censoring materials will do just that.

I declare under penalty of perjury that the foregoing is true and correct.

2

Executed on March 10, 2025

_____
Eugenia Siegler, M.D.