ALERT: SEVERE WEATHER IN THE MIDWEST AND CENTRAL U.S. AND WINTER STORMS IN TH…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70210950000096351091

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 11:33 am on February 28, 2025 in ROCKVILLE, MD 20852.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**
ROCKVILLE, MD 20852
February 28, 2025, 11:33 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates    ˅

USPS Tracking Plus®    ˅

Product Information    ˅

See Less ˄

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**