ALERT: SEVERE WEATHER IN THE MIDWEST AND CENTRAL U.S. AND WINTER STORMS IN TH…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70210950000096351121

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:48 am on February 27, 2025 in WINDSOR MILL, MD 21244.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

WINDSOR MILL, MD 21244
February 27, 2025, 11:48 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**