ALERT: SEVERE WEATHER IN THE MIDWEST AND CENTRAL U.S. AND WINTER STORMS IN TH…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

**70210950000096351114**

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 12:47 pm on February 27, 2025 in HYATTSVILLE, MD 20782.

Feedback

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

HYATTSVILLE, MD 20782
February 27, 2025, 12:47 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs