# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Doctors for America, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Office of Personnel Management, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-00322-JDB |

## Status Report

Pursuant to the Court's February 24 Order, ECF No. 26, Defendants submit this status report regarding their "progress reviewing the relevant webpages for compliance with Executive Order 14168," "any modification to or removal of a relevant webpage," and for the applicability of the Paperwork Reduction Act, Information Quality Act, and Evidence-Based Policymaking Act "to a modified or removed relevant webpage," *id.* 3; *see id.* 1 (identifying "relevant webpages").

Since February 24, Defendants and Department of Justice counsel have engaged in discussions with Executive Branch stakeholders regarding the Paperwork Reduction Act, Information Quality Act, and Evidence-Based Policymaking Act. These statutes apply broadly across the federal government, beyond those agencies named as Defendants in this case. Also, Plaintiffs raise several novel arguments under these statutes. Accordingly, consultations with stakeholders were necessary to minimize the risk of inconsistency in the government's application of these statutes.

Defendants' individualized review of the relevant webpages will commence next week. Defendants will file another status report on or before April 18, 2025, addressing the items identified in the Court's February 24 Order.

Meanwhile, Defendants continue to maintain the relevant webpages, in their current state, pending review of each relevant webpage.

| | |
|---|---|
| March 21, 2025 | Respectfully submitted, |
| | /s/ James W. Harlow |
| | JAMES W. HARLOW |
| | Acting Assistant Director |
| | Consumer Protection Branch |
| | Civil Division |
| | U.S. Department of Justice |
| | P.O. Box 386 |
| | Washington, DC  20044-0386 |
| | (202) 514-6786 |
| | (202) 514-8742 (fax) |
| | james.w.harlow@usdoj.gov |