AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Doctors for America, et al. )
*Plaintiff* )
v. ) Case No. 1:25-cv-322-JDB
Office of Personnel Management, et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date: 03/24/2025

/s/ Gabriel I. Schonfeld
*Attorney's signature*

Gabriel I. Schonfeld (D.D.C. Bar No. 155539)
*Printed name and bar number*
Consumer Protection Branch, Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
*Address*

Gabriel.I.Schonfeld@usdoj.gov
*E-mail address*

(202) 353-1531
*Telephone number*

(202) 514-8742
*FAX number*