# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Doctors for America, *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>Office of Personnel Management, *et al.*,<br><br>                              Defendants. | Case No. 1:25-cv-00322-JDB |

### Defendants' Cross-Motion for Summary Judgment

Defendants hereby file their cross-motion for summary judgment under Federal Rule of Civil Procedure 56. The grounds for this motion are fully set forth in the attached memorandum of points and authorities.

March 24, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

AMANDA N. LISKAMM
Director

LISA K. HSIAO
Deputy Director, Civil Litigation

/s/ James W. Harlow
JAMES W. HARLOW
Acting Assistant Director
GABRIEL I. SCHONFELD
Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice
PO Box 386

Washington, DC  20044-0386
(202) 514-6786 (Harlow)
(202) 353-1531 (Schonfeld)
(202) 514-8742 (fax)
james.w.harlow@usdoj.gov
gabriel.i.schonfeld@usdoj.gov