**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Doctors for America, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Office of Personnel Management, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-00322-JDB |

**[Proposed] Order**

Before the Court are the parties' cross-motions for summary judgment and Plaintiffs' motion for a preliminary injunction. Having considered the parties' arguments in light of the governing standard, it is hereby ORDERED that Defendants' cross-motion for summary judgment is GRANTED and Plaintiffs' motion for summary judgment is DENIED. Plaintiffs' motion for a preliminary injunction is DENIED AS MOOT. The Clerk shall enter judgment on behalf of the Defendants and close the case.

SO ORDERED.

Dated: _____            _____
                                  JOHN D. BATES
                                  United States District Judge