UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Doctors for America, *et al.*,<br><br>                    Plaintiffs,<br><br>     v.<br><br>Office of Personnel Management, *et al.*,<br><br>                    Defendants. | Case No. 1:25-cv-00322-JDB |

**Consent Motion to Extend Defendants' Reply Deadline**

On March 7, 2025, the Court issued an order adopting the parties' joint scheduling proposal for dispositive motions in this matter. *See* Minute Order (Mar. 7, 2025); ECF No. 35 (Joint Motion). The only brief left to be filed under that schedule is Defendants' reply in support of their cross-motion for summary judgment, currently due on April 14, 2025. *Id.* For the reasons explained below, Defendants respectfully request a two-day extension of that deadline to April 16, 2025. Plaintiffs consent to this extension.

After the Court's adoption of the parties' scheduling proposal, Defendants' original lead counsel transitioned to a supervisory position within the Consumer Protection Branch of the Civil Division. To accommodate that attorney's new responsibilities, undersigned counsel was assigned as Defendants' new lead attorney for this case.

Undersigned counsel will be preparing for and observing the Passover holiday from Friday, April 11 through Sunday, April 13. Defendants' reply brief is currently due the next day. A short extension is warranted to accommodate undersigned counsel's

religious observance. Such an extension will not prejudice Plaintiffs, who have graciously consented to this request.

April 7, 2025                                       Respectfully submitted,

/s/ Gabriel I. Schonfeld
GABRIEL I. SCHONFELD
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC  20044-0386
(202) 353-1531
(202) 514-8742 (fax)
gabriel.i.schonfeld@usdoj.gov

*Counsel for Defendants*