# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Doctors for America, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>Office of Personnel Management, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 1:25-cv-00322-JDB |

**[Proposed] Order Granting Consent Motion to Extend Defendants' Reply Deadline**

For good cause shown, the Consent Motion to Extend Defendants' Reply Deadline is GRANTED. Defendants shall file their reply in support of their cross-motion for summary judgment on or before April 16, 2025.

SO ORDERED.


Dated: _____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　　United States District Judge