# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Doctors for America, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Office of Personnel Management, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-00322-JDB |

## Status Report

Pursuant to the commitment made in their March 21 Status Report, ECF No. 45, Defendants submit this further status report regarding their "progress reviewing the relevant webpages for compliance with Executive Order 14168," "any modification to or removal of a relevant webpage," and the applicability of the Paperwork Reduction Act, Information Quality Act, and Evidence-Based Policymaking Act "to a modified or removed relevant webpage," *see* February 24 Order, ECF No. 26 (directing filing of March 21 Status Report and defining "relevant webpage").

Since March 21, Defendants have been conducting individualized reviews of the relevant webpages. While that review process remains ongoing, Defendants have not further modified or removed any relevant webpage or content (in other words, the status of each relevant webpage or media remains unchanged from its status at the time of the March 21 Status Report). Defendants expect that the individualized review process will conclude within the next two weeks. Defendants will file another status report on or before Thursday, May 8, 2025, addressing the items identified in the Court's February 24 Order.

| | |
|---|---|
| April 18, 2025 | Respectfully submitted,<br><br>*/s/ Gabriel I. Schonfeld*<br>GABRIEL I. SCHONFELD<br>(D.C. Bar. No. 155539)<br>Trial Attorney<br>Consumer Protection Branch<br>Civil Division<br>U.S. Department of Justice<br>PO Box 386<br>Washington, DC 20044-0386<br>(202) 353-1531<br>(202) 514-8742 (fax)<br><br>*Attorney for Defendants* |

2