UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOCTORS FOR AMERICA, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>        Defendants. | Civil Action No. 1:25-cv-322-JDB |

**JOINT APPENDIX PURSUANT TO LOCAL RULE 7(n)**

Pursuant to Local Rule 7(n), the parties submit the attached Joint Appendix containing all pages of the Administrative Record that are cited by the Plaintiff or the Defendant in their briefs on the parties' cross-motions for summary judgment. Local Civil Rule 7(n) provides that the appendix should contain "portions of the administrate record that are cited or otherwise relied upon in any memorandum in support of or in opposition to any dispositive motion." LCvR 7(n)(1). The parties have cited and relied upon the entire Administrative Record throughout the briefs. The parties have conferred and determined that it is therefore appropriate to submit the entire Administrative Record.

Dated: April 21, 2025

/s/ Zachary R. Shelley
Zachary R. Shelley (DC Bar No. 90021549)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
zshelley@citizen.org

*Counsel for All Plaintiffs*

Respectfully submitted,

/s/ Gabriel I. Schonfeld
Gabriel I. Schonfeld
Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
(202) 353-1531

(202) 514-8742 (fax)
gabriel.i.schonfeld@usdoj.gov

*Counsel for Defendants*