## JOINT APPENDIX INDEX

| No. | Agency | Document Description | # Pages | Bates No. |
|---|---|---|---|---|
| 1 | Agency for Healthcare Quality and Research | Spreadsheet "AHRQ Response-Defending Women.02-26-25" | 2 | HHS0001-HHS0002 |
| 2 | Centers for Disease Control and Prevention | Spreadsheet "Websites_EO Defending Women_February 5 2025" | 28 | HHS0003-HHS0029 |
| 3 | Food and Drug Administration | Email subject "OWH videos on YouTube" | 1 | HHS0030 |
| 4 | HHS Assistant Secretary for Public Affairs | Email subject "President Trump's Executive Order on Defending Women" | 2 | HHS0031-HHS0032 |
| 5 | Food and Drug Administration | Spreadsheet "Changes - DEIA" | 1 | HHS0033 |
| 6 | Food and Drug Administration | Spreadsheet "OPLIA Report for EO 14168-2.6.25-updated" | 1 | HHS0034 |
| 7 | Food and Drug Administration | Spreadsheet "FDA DEIA content" | 1 | HHS0035 |
| 8 | HHS Office of Civil Rights | "Reporting Template to Implement EO 14168 Submitted On 2.6.2025" | 7 | HHS0036-HHS0042 |
| 9 | HHS Office of the Assistant Secretary for Health | Spreadsheet "Data Call Template_Guidance_Executive_Order_14168" | 3 | HHS0043-HHS0045 |
| 10 | Health Resources and Services Administration | Spreadsheet "HRSA URL Tracker_Edited and Removed Pages on 1-30 and 1-31" | 3 | HHS0046-HHS0048 |
| 11 | Substance Abuse and Mental Health Services Administration | Spreadsheet "pagesjan30-31_SAMHSA" | 5 | HHS0049-HHS0053 |
| 12 | National Institutes of Health | Spreadsheet "EO-Protecting-Women-NIH-Pages-Sites-Removed" | 3 | HHS0054-HHS0055.1 |
| 13 | Food and Drug Administration | Email subject "EO 14168 on Biological Truth" and attachment | 3 | HHS0056-HHS0058 |
| 14 | Food and Drug Administration | Email subject "EO 14168 Defending Women" and attachment | 3 | HHS0059-HHS0061 |

| 15 | Food and Drug Administration | Email subject "FDA.gov Immediate Action Required: EO on Defending Women" | 1 | HHS0062 |
| --- | --- | --- | --- | --- |
| 16 | Food and Drug Administration | Email subject "RE: FDA.gov Immediate Action Required: EO on Defending Women" | 2 | HHS0063-HHS0064 |
| 17 | HHS Office of the Secretary | Action: Initial Guidance Regarding President Trump's Executive Order Defending Women | 4 | HHS0065-HHS0068 |
| 18 | Office of Personnel Management | Initial Guidance Regarding President Trump's Executive Order *Defending Women* | 2 | OPM0001-OPM0002 |
| 19 | Office of Personnel Management | Executive Order 14168: Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government | 10 | OPM0003-OPM0012 |