Copy of AHRQ Response-Defending Women.02-26-25

| Title/Link | Type | Comments | Center |
|------------|------|----------|--------|

HHS0001

Copy of AHRQ Response-Defending Women.02-26-25

| | | | |
|---|---|---|---|
| https://psnet.ahrq.gov/web-mm/endometriosis-common-and-commonly-missed-and-delayed-diagnosis notes that "endometriosis can occur in trans and non-gender-conforming people." | PSNet | Remove page | CQuIPS |

HHS0002

Websites_EO Defending Women_February 5 2025

| Website Name | Removed or Edited | Notes/What was edited | Center |
|---|---|---|---|

HHS0003

https://www.cdc.gov/yrbs/                    Removed                    Will edit/republish later                    NCCDPHP

HHS0004

| www.atsdr.cdc.gov/place-health/php/eji/index.html | removed | EJI Home Page |
| --- | --- | --- |

HHS0005

www.atsdr.cdc.gov/place-health/php/svi/index.html                    removed            SVI Home page

Websites_EO Defending Women_February 5 2025

https://www.cdc.gov/healthy-youth/                    Removed                    Will edit/republish later                    NCCDPHP

HHS0006.1

Websites_EO Defending Women_February 5 2025

https://www.cdc.gov/healthy-youth/lgbtq-youth/health-disparities-among-lgbtq-youth.html          Removed                              Will edit/republish later                                        NCCDPHP

HHS0007

https://www.cdc.gov/hivnexus/media/pdfs/2024/04/cdc-hiv-together-brochure-prepguidelineupdate2021-provider.pdf          Removed

HHS0008

Websites_EO Defending Women_February 5 2025

https://www.cdc.gov/hiv-data/index.html                    Removed

HHS0009

https://www.cdc.gov/hiv-data/nhss/index.html

Removed

HHS0010

Getting Tested for HIV | HIV | CDC

<span style="background-color: yellow">               </span> says pregnant people

HHS0011

https://www.cdc.gov/contraception/index.html    Edited    Removed links to MEC/ Provider Pages    NCCDPHP

HHS0012

Websites_EO Defending Women_February 5 2025

https://www.cdc.gov/contraception/hcp/provider-tools/index.html                    Removed                              Will edit/republish later                                                    NCCDPHP

HHS0013

https://www.cdc.gov/hiv/data-research/facts-stats/transgender-people.html                    Removed

HHS0014

Websites_EO Defending Women_February 5 2025

https://www.cdc.gov/mpox/hcp/vaccine-considerations/vaccination-overview.html          Removed          NCEZID

HHS0015

Undetectable = Untransmittable | Global HIV and TB | CDC    Removed         GLOBAL HEALTH CENTER

HHS0016

Websites_EO Defending Women_February 5 2025

HIV Stigma | Let's Stop HIV Together | CDC                    Removed

HHS0017

Websites_EO Defending Women_February 5 2025

TalkHIV | Social Media Toolkits | Partner With Us | Let's Stop HIV Together | CDC                    Removed

HHS0018

Websites_EO Defending Women_February 5 2025

Ways to Stop HIV Stigma and Discrimination | HIV Stigma | Let's Stop HIV Together | CDC                    Removed

HHS0019

https://www.cdc.gov/hiv/health-equity/index.html                    Removed

HHS0020

https://www.cdc.gov/hiv/data-research/facts-stats/race-ethnicity.html                    Removed

HHS0021

Websites_EO Defending Women_February 5 2025

https://www.cdc.gov/rsv/hcp/vaccine-clinical-guidance/pregnant-people.html          Edited                     URL updated, Pregnant people -> pregnant women                   NCIRD

HHS0022

Websites_EO Defending Women_February 5 2025

https://www.cdc.gov/std/treatment-guidelines/provider-resources.htm                              Removed

HHS0023

https://www.cdc.gov/hiv/data-research/facts-stats/index.html                    Removed

HHS0024

https://www.cdc.gov/healthy-youth/lgbtq-youth/health-disparities-among-lgbtq-youth.html    Removed    Will edit/republish later    NCCDPHP

HHS0025

Websites_EO Defending Women_February 5 2025

https://www.cdc.gov/healthy-youth/lgbtq-youth/terminology.html                    Removed                    Will edit/republish later                    NCCDPHP

HHS0026

Websites_EO Defending Women_February 5 2025

Health Disparities in HIV, Viral Hepatitis, STDs, and Tuberculosis | Removed

HHS0027

https://www.cdc.gov/ehe/index.html                     Removed

HHS0028

National Intimate Partner and Sexual Violence Survey (NISVS)                    Edited                                        NCIPC

HHS0029

| | |
|---|---|
| **From:** | Kiladejo, Folajomi |
| **To:** | FDA-YouTube |
| **Cc:** | OWH Communications Team; Thorpe, Valarie |
| **Subject:** | OWH videos on YouTube |
| **Date:** | Friday, January 31, 2025 9:55:22 AM |
| **Attachments:** | image001.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | image008.png |
| **Importance:** | High |

Good morning,

Could we please get assistance with making the following OWH videos private on YouTube as soon as possible?

Please let me know if you have any questions.

- Ovarian Cancer: Moving to a Personalized Treatment Approach
- Sickle Cell Disease: A Spotlight on Women
- Sexually Transmitted Infections in Women – OWH Speaker Series
- Osteoporosis: A Perspective for 2024
- Bringing Clinical Research to Patients
- Hyperemesis Gravidarum: New Research and Insights
- Menopause Webinar Recording
- Polycystic Ovary Syndrome (PCOS) Revisited: Diagnosis, Management, and Future Needs | Learn More
- Engaging Providers to Address Knowledge Gaps on Medication Use in Pregnancy and Lactation
- Pregnancy and Lactation Medication Information for the Healthcare Provider | Learn More
- The Great Debate: What is Enough … Women in Clinical Trials (debate portion only)
- The Great Debate Commissioners Keynote Speech
- The Great Debate: What is Enough … Women in Clinical Trials (complete recording)

Best,
**Jomi Kiladejo, M.Sc., MBA**
*Director, Outreach and Communications*

**Office of Women's Health (OWH)**
**Office of the Commissioner**
**U.S. Food and Drug Administration**
Office: 240.402.8063  | Mobile: 240.672.6357
Folajomi.Kiladejo@fda.hhs.gov



**From:** Corry, Thomas (HHS/ASPA) <Thomas.Corry@hhs.gov>
**Sent:** Friday, January 31, 2025 5:01 PM
**To:** Corry, Thomas (OS) <Thomas.Corry@hhs.gov>
**Cc:** Nixon, Andrew (OS) <Andrew.Nixon@hhs.gov>; Spear, Stefanie (OS) <Stefanie.Spear@hhs.gov>
**Subject:** President Trump's Executive Order on Defending Women

All of you have received guidance on the implementation of President Trump's Executive Order titled Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government.
As a reminder, please see the below list of actions related to communications that are required by the EO to be compliant.  This must be completed by end of day today, 1/31/25.

1. Take down all outward facing media (websites, social media accounts, etc.) that inculcate or promote gender ideology.

2. Withdraw any final or pending documents, directives, orders, regulations, materials, forms, communications, statements, and plans that inculcate or promote gender ideology.

3. Cancel any trainings that inculcate or promote gender ideology or have done so in the past.

4. Review all agency forms that require entry of an individual's sex and ensure that all list male or female only, and not gender identity. Remove requests for "gender" and substitute requests for "sex."

5. Ensure that all applicable agency policies and documents, including forms, use the term "sex" and not "gender."

Following is language if you receive media inquiries:

On background:  All changes to the HHS website and HHS division websites are in accordance with President Trump's January 20 Executive Orders, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government and Ending Radical And Wasteful Government DEI Programs And Preferencing. The Office of Personnel Management has provided initial guidance on both Executive Orders and HHS and divisions are acting accordingly to execute.

Please let me know if you have specific questions as you work to execute on President Trump's agenda.

Thomas Corry

Office of the Assistant Secretary for Public Affairs
U.S. Dept. of Health and Human Services
**Mobile: (202) 431-0167**

HHS0032

Changes - DEIA

| Content Name | Content Type | Link | Audience | Location | Content Consideration | Notes | Action | Action Status | Date Completed |
|---|---|---|---|---|---|---|---|---|---|
| Identifying and Measuring Artificial Intelligence (AI) Bias for Enhancing Health Equity \| FDA | Webpage | Identifying and Measuring Artif | External | FDA.gov | DEIA | | Remove | Complete | 2/5/2025 |
| CDRH Strategic Priorities and Updates \| FDA | Webpage | CDRH Strategic Priorities and U | External | FDA.gov | DEIA | •Remove: o2022 – 2025 STRATEGIC PRIORITIES oDiscussion Paper: Health Equity For Medical Devices \| FDA (landing page), and Discussion Paper: Health Equity For Medical Devices (pdf file) oCDRH Seeks Public Comment: Increasing Patient Access to At-Home Use Medical Technologies \| FDA •Device Trial Participation Snapshots (remove all): Device Trial Participation Snapshots \| FDA | Remove | Complete | 1/22/2025 |

HHS0033

U.S. Food and Drug Administration
OPLIA Report for EO 14168-2.6.25 update

| Title of Document | Type of Activity | Considers Sex as Biological Variable | Has been updated for compliance (please include recent update) | Will be updated for compliance (please include proposed update) | Link if Applicable | Description (3-5 sentences) |
|---|---|---|---|---|---|---|
| Diversity Action Plans to Improve Enrollment of Participants from Underrepresented Populations in Clinical Studies | Draft Guidance | | | Removed from FDA website pending revision | | Guidance under revision. |
| REMS Logic Model: A Framework to Link Program Design With Assessment | Final Guidance | | Revised on 1/30/2025 | | https://www.fda.gov/regulatory-information/search-fda-guidance-documents/rems-logic-model-framework-link-program-design-assessment | Guidance revised to delete the term 'gender' and insert the word 'sex' where applicable. |
| Study of Sex Differences in the Clinical Evaluation of Medical Products | Draft Guidance | | | Removed from FDA website pending revision | | Guidance under revision. |

HHS0034

FDA DEIA Content

| |
|---|
| https://www.fda.gov/consumers/minority-health-and-health-equity/minority-health-and-health-equity-resources |
| https://www.fda.gov/science-research/focus-areas-regulatory-science-report/cross-cutting-topics-minority-health-and-health-equity-regulatory-science-research |
| La Inclusión de los Veteranos en Estudios Clínicos (Inclusion of Veterans in Clinical Trials) |

HHS0035

**Reporting Template to Implement Executive Order 14168, "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government"**

**Current or Planned Women's Health and Sex as a Biological Variable : Official OCR Activities**

Agency Contact Name: Conner O'Brien, Senior Advisor, Office for Civil Rights

Agency Contact Email Address: ███████████



4.      **Title**: OCR website
        **Type of activity**: Public information on HHS website
        **Category**: Will be updated for compliance.
        **Status**: ASPA has removed certain sections from the OCR webpage for careful analysis and review.   The pages will be reloaded after removal of the term "gender" or "gender identity" and replacement by the term "sex."
        **Links**:  https://www.hhs.gov/civil-rights/index.html ; https://www.hhs.gov/conscience/index.html ; https://www.hhs.gov/hipaa/index.html.
        **Description**:  OCR's website has public information about the laws OCR enforces and links to various regulations, guidance, FAQ's, and technical assistance.

HHS0036



HHS0037



HHS0038



HHS0039



HHS0040



HHS0041

2

heuristic

static

Copy of Data Call Template_Guidance_Executive_Order_14168 (002)

| Agency | Current or Planned Activity (Initiative/Program/Project): | Activity Type (Grant, Challenge, Observance, Research, Campaign, Contract, Etc.): | Activity considers sex as a biological variable, (Choose yes or no): | Has this activity been updated for compliance? (Choose yes or no): | If yes, include recent update: | If the activity will be updated in the future for compliance, please include proposed update. | Description of Activity (3-5 sentences): | Link If Applicable | Contact | Contact Email |
|---|---|---|---|---|---|---|---|---|---|---|

HHS0043

Copy of Data Call Template_Guidance_Executive_Order_14168 (002)

| ODPHP | Healthy People 2030 | Policy | Yes | Yes and In process | removing "gender" related language from materials. Working with CDC NCHS to update data reporting to align | Continuing work with CDC NCHS to ensure data sources are compliant | Healthy People 2030 sets data-driven national objectives to improve health and well-being of Americans. HHS fulfills its statutory mandate to establish national health goals [Public Health Service Act (PHS), Title XVII, Section 1701] through the Healthy People initiative. ODPHP manages Healthy People on behalf of the Secretary, by establishing each decade since 1980 a comprehensive set of Healthy People objectives with 10-year targets. Healthy People 2030 includes national objectives that specifically address issue of Maternal, Infant and Child Health as well as other objectives that address myriad health conditions important to the health of women. Healthy People 2030 anchors ODPHP's activities relevant to women's health (e.g., Healthy Aging across the lifespan, sarcopenia) | https://odphp.health |

HHS0044

Copy of Data Call Template_Guidance_Executive_Order_14168 (002)

| OPA | OPA website update to remove references to gender | Contract | YES | YES | OPA did a comprehensive review of our website and removed documents that referred to gender | N/A | OPA conducted a comprehensive review of our website, youtube, and social media accounts.  We've removed several documents that weren't aligned with the EO on the website as well as on the youtube channel.  All newly proposed content for the OPA social media accounts and website will align with the EOs. |

Home | HHS Office o

HHS0045

Copy of Copy of HRSA URL Tracker_Edited and Removed Pages on 1-30 and 1-31

| Date Unpublished/Removed/Edited | Content Type | Update Type | Update Details | URL |
|---|---|---|---|---|
| | | | | |

HHS0046

Copy of Copy of HRSA URL Tracker_Edited and Removed Pages on 1-30 and 1-31

| 1/31/2025 | HTML | Edit | Several pieces of content removed through out the site to includ removing of webinars | https://www.hrsa.gov/office-womens-health | | |

HHS0047

Copy of Copy of HRSA URL Tracker_Edited and Removed Pages on 1-30 and 1-31

| 1/30/2025 | HTML | Edit | Remove data from page. Remove sexually from pulldown HIV case navigation. Remove explore box. Remove "National Clinical Consultation Center" | https://ryanwhite.hrsa.gov/ | | |
|---|---|---|---|---|---|---|

HHS0048

Copy of pagesjan30-31_SAMHSA

| Title | Status | Updated | Link to Content |
| --- | --- | --- | --- |

HHS0049

Copy of pagesjan30-31_SAMHSA

| 2023 National Survey on Drug Use and Health (NSDUH) Adolescent Behavioral Health Short report | **Republished per OGC (2/13) | 1/31/2025 | https://www.samhsa.gov/data/report/lgb-adolescent-behavioral-health-2023 |

HHS0050

Copy of pagesjan30-31_SAMHSA

| 2023 NSDUH Lesbian, Gay, Bisexual (LGB) Infographic | **Republished per OGC (2/13) | 1/31/2025 | https://www.samhsa.gov/data/sites/default/files/reports/rpt53083/2023-nsduh-lgb-infographic-report.pdf |

HHS0051

Copy of pagesjan30-31_SAMHSA

| 2023 NSDUH Population slides | **Republished per OGC (2/13) | 1/31/2025 | https://www.samhsa.gov/data/sites/default/files/reports/rpt53159/2023-nsduh-pop-slides-lbgplus.pdf |

HHS0052

Copy of pagesjan30-31_SAMHSA

| LGBTQI+ Youth - Like All Americans, They Deserve Evidence-Based Care | **Republished per OGC (2/14) | 1/21/2025 | https://www.samhsa.gov/blog/lgbtqi-youth-all-americans-deserve-evidence-based-care |

HHS0053

| Submitting IC | Website or Webpage | Site Title & Link |
|---|---|---|

| NLM | Webpage | Transgender Healthhttps://www.nnlm.gov/guides/phdl-collection/transgender-health |

EO-Protecting-Women-NIH-Pages-Sites-Removed-Restored with Changes 2.21.25

| NLM | Webpage | Medline plus topic on abortion - https://medlineplus.gov/abortion.htm |
|-----|---------|-----------------------------------------------------------------------|
| NLM | Webpage | Medline Plus Spanish version of Health Disparities content - https://medlineplus.gov/spanish/healthdisparities.html |

HHS0055.1

| | |
|---|---|
| **From:** | Hurwitz, Zahava |
| **To:** | Bersoff-Matcha, Susan; Vasisht, Kaveeta; Fultz, Shawn; Kline, Randolph (Randy); Phelps, Natasha; Tomar, Eli; Cornelison, Terri; Meeker-OConnell, Winifred; ElZarrad, M. Khair; Beardsley, Sara (FDA/OGC); Mayer, Eleanor; Kraus, Stefanie; Lucas, Neali; Edmonds, Amanda (FDA/OGC); Velez, Megan |
| **Cc:** | Finegan, Julie; Croce, Teresa |
| **Subject:** | EO 14168 on Biological Truth |
| **Date:** | Thursday, January 30, 2025 10:12:00 AM |
| **Attachments:** | OPM Memo Initial Guidance Regarding President Trump's Executive Order Defending Women 1-29-2025_0.pdf |
| | image001.png |

I wanted to alert this group to a few developments on this Executive Order.

1. The EO now has a number EO 14168 so for convenience we can refer to that number recognizing the EO has a very long name.
2. I placed a meeting on the calendar for 2/18 since that is the week of the expected HHS guidance, however additional meetings may be needed in the interim and recognizing that people have leave scheduled in the coming weeks I will do my best to find inclusive times.
3. I wanted to share the attached memo that was posted this morning by OPM. Recognizing the memo has an additional reporting timing than the EO we will work with OO on the response.

The memo entails several workforce directives, and it also includes the following directives:

• Review all agency forms that require entry of an individual's sex and ensure that all list male or female only, and not gender identity. Remove requests for "gender" and substitute requests for "sex."
• Ensure that all applicable agency policies and documents, including forms, use the term "sex" and not "gender."

4. As discussed on Tuesday we are working to prepare a data call that can help Centers assess related workstreams for consistency with the EO. I intend to follow up on this more. In the interim, it would be helpful for Centers that have externally facing consumer/patient reporting systems (VAERS, Medwatch, Safety Reporting Portal, et.al.) to identify the components of their Centers responsible for those databases so that we can consult about technical and other implications (e.g. compiling safety data) we should be mindful of as we consider the timing needed to integrate modifications where necessary and whether the HHS 30 day guidance planned under the EO is needed to inform this work.

**Zahava Goldman Hurwitz**
Director
**Office of Policy | Policy Engagement and Coordination Staff**
Office of Policy, Legislation & International Affairs (OPLIA)
Mobile:  301-758-6355
Email:  zahava.hurwitz@fda.hhs.gov



HHS0056



**UNITED STATES OFFICE OF PERSONNEL MANAGEMENT**
Washington, DC 20415

The Director

# MEMORANDUM

**TO:**          Heads and Acting Heads of Departments and Agencies

**FROM:**      Charles Ezell, Acting Director, U.S. Office of Personnel Management

**DATE**:        January 29, 2025

**RE**:            Initial Guidance Regarding President Trump's Executive Order *Defending Women*.

---

Pursuant to its authority under 5 U.S.C. § 1103(a)(1) and (a)(5), the U.S. Office of Personnel Management (OPM) is providing the following initial guidance to agencies regarding the President's Executive Order entitled *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government* (*Defending Women*).

**Steps to End Federal Funding of Gender Ideology**: In light of *Defending Women*, each agency should take prompt actions to end all agency programs that use taxpayer money to promote or reflect gender ideology as defined in Section 2(f) of *Defending Women*. Specifically, agency heads should take the following steps:

1. No later than **5:00 p.m. EST on Friday, January 31, 2025**

    a. Send an email to all agency employees announcing that the agency will be complying with *Defending Women* and this guidance.

    b. Review all agency programs, contracts, and grants, and terminate any that promote or inculcate gender ideology.

    c. Review all agency position descriptions and send a notification to all employees whose position description involves inculcating or promoting gender ideology that they are being placed on paid administrative leave effective immediately as the agency takes steps to close/end all initiatives, offices, and programs that inculcate or promote gender ideology.

    d. Take down all outward facing media (websites, social media accounts, etc.) that inculcate or promote gender ideology.

    e. Review agency email systems such as Outlook and turn off features that prompt users for their pronouns.

HHS0057

Page 2

     f.   Withdraw any final or pending documents, directives, orders, regulations, materials, forms, communications, statements, and plans that inculcate or promote gender ideology.

     g.   Cancel any trainings that inculcate or promote gender ideology or have done so in the past.

     h.   Disband or cancel any employee resource groups or special emphasis programs that inculcate or promote gender ideology or have done so in the past.

     i.   Review all agency forms that require entry of an individual's sex and ensure that all list male or female only, and not gender identity.  Remove requests for "gender" and substitute requests for "sex."

     j.   Ensure that all applicable agency policies and documents, including forms, use the term "sex" and not "gender."

     k.   Ensure that intimate spaces designated for women, girls, or females (or for men, boys, or males) are designated by biological sex and not gender identity.

2.  No later than **12:00 p.m. EST on Friday, February 7, 2025**, report to OPM on all steps taken to implement this guidance, including:

     a.   a complete list of actions taken in response to this guidance and *Defending Women*; and

     b.   any agency plans to fully comply with this guidance and *Defending Women*.

     Please contact OPM at defendingwomen@opm.gov if you have any questions regarding this guidance. Please send any reports requested by this guidance to defendingwomen@opm.gov.

cc: Chief Human Capital Officers (CHCOs), Deputy CHCOs, Human Resources Directors, and Chiefs of Staff

HHS0058

| | |
|---|---|
| **From:** | Hurwitz, Zahava |
| **To:** | Bersoff-Matcha, Susan; Vasisht, Kaveeta; Fultz, Shawn; Kline, Randolph (Randy); Phelps, Natasha; Tomar, Eli; Cornelison, Terri; Meeker-OConnell, Winifred; ElZarrad, M. Khair; Beardsley, Sara (FDA/OGC); Mayer, Eleanor; Kraus, Stefanie; Lucas, Neali; Edmonds, Amanda (FDA/OGC); Velez, Megan; Markert, David |
| **Cc:** | Finegan, Julie; Croce, Teresa; Nalubola, Ritu; Flamberg, Gemma (FDA/OGC) |
| **Subject:** | EO 14168 Defending Women |
| **Date:** | Thursday, January 30, 2025 5:36:00 PM |
| **Attachments:** | image002.png |
| | OPM Memo Initial Guidance Regarding President Trump's Executive Order Defending Women 1-29-2025_0.pdf |

I wanted to make sure you are all aware that 3 separate data calls went out to your centers in connection to the OPM Memo on EO 14168 that I circulated this morning.

1. A data call from OO related to workforce aspects of the memo due by tomorrow
2. A data call from OEA on communications aspects of the memo due by tomorrow
3. A data call from OPLIA that went to the Policy Subcommittee on the provisions of the memo that are related to regulations, guidances, orders, forms, or other policy documents that is due by COB Wednesday 2/5.

I am writing to make sure this group is aware of the OPLIA data call which is available at this sharepoint link ▢ EO14168 Data Call 1-30-2025.xlsx and is **due by COB Wednesday 2/5.**
**Please coordinate within your center/office to provide this information.**
Centers are asked to indicate the following:

- Type of document (e.g. draft guidance, final guidance, reg, Reporting Form)
- Lead Center/Office
- Title of the Document and Weblink
- FRN or other Citation applicable
- Date Issued
- Notes
- Does PRA apply, if so include the collection number
- Action (e.g. removed from FDA website, revision planned)



**UNITED STATES OFFICE OF PERSONNEL MANAGEMENT**
Washington, DC 20415

The Director

# MEMORANDUM

| | |
|---|---|
| **TO:** | Heads and Acting Heads of Departments and Agencies |
| **FROM:** | Charles Ezell, Acting Director, U.S. Office of Personnel Management |
| **DATE**: | January 29, 2025 |
| **RE**: | Initial Guidance Regarding President Trump's Executive Order *Defending Women*. |

---

Pursuant to its authority under 5 U.S.C. § 1103(a)(1) and (a)(5), the U.S. Office of Personnel Management (OPM) is providing the following initial guidance to agencies regarding the President's Executive Order entitled *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government* (*Defending Women*).

**Steps to End Federal Funding of Gender Ideology**: In light of *Defending Women*, each agency should take prompt actions to end all agency programs that use taxpayer money to promote or reflect gender ideology as defined in Section 2(f) of *Defending Women*. Specifically, agency heads should take the following steps:

1. No later than **5:00 p.m. EST on Friday, January 31, 2025**

   a. Send an email to all agency employees announcing that the agency will be complying with *Defending Women* and this guidance.

   b. Review all agency programs, contracts, and grants, and terminate any that promote or inculcate gender ideology.

   c. Review all agency position descriptions and send a notification to all employees whose position description involves inculcating or promoting gender ideology that they are being placed on paid administrative leave effective immediately as the agency takes steps to close/end all initiatives, offices, and programs that inculcate or promote gender ideology.

   d. Take down all outward facing media (websites, social media accounts, etc.) that inculcate or promote gender ideology.

   e. Review agency email systems such as Outlook and turn off features that prompt users for their pronouns.

HHS0060

f.  Withdraw any final or pending documents, directives, orders, regulations, materials, forms, communications, statements, and plans that inculcate or promote gender ideology.

g.  Cancel any trainings that inculcate or promote gender ideology or have done so in the past.

h.  Disband or cancel any employee resource groups or special emphasis programs that inculcate or promote gender ideology or have done so in the past.

i.  Review all agency forms that require entry of an individual's sex and ensure that all list male or female only, and not gender identity.  Remove requests for "gender" and substitute requests for "sex."

j.  Ensure that all applicable agency policies and documents, including forms, use the term "sex" and not "gender."

k.  Ensure that intimate spaces designated for women, girls, or females (or for men, boys, or males) are designated by biological sex and not gender identity.

2.  No later than **12:00 p.m. EST on Friday, February 7, 2025**, report to OPM on all steps taken to implement this guidance, including:

a.  a complete list of actions taken in response to this guidance and *Defending Women*; and

b.  any agency plans to fully comply with this guidance and *Defending Women*.

Please contact OPM at defendingwomen@opm.gov if you have any questions regarding this guidance. Please send any reports requested by this guidance to defendingwomen@opm.gov.

cc: Chief Human Capital Officers (CHCOs), Deputy CHCOs, Human Resources Directors, and Chiefs of Staff

| | |
|---|---|
| **From:** | Mulieri, Chris |
| **To:** | Alicea-Rivera, Esteban; Shazor, Kristin; Buckman, Paul; McPeak, Janice; Urrutia, Jorge; Ford, Kemba D.; Benton, Denise; Abi-Khattar, Cathy; Pettijohn, Juneous; Lim, Valina K.; Sampson, Rhonda; Stein, Dayle; Vyas, Tonya J; Bravo, Katherine; Rolle, Dijon; Kiladejo, Folajomi |
| **Cc:** | Linton, Janet; Brooks, Beau; Braithwaite, Sonia; Lehman, Joshua |
| **Subject:** | FDA.gov Immediate Action Required: EO on Defending Women |
| **Date:** | Thursday, January 30, 2025 12:35:00 PM |
| **Importance:** | High |

All,

I was just informed that we need to take immediate action on the recently released White House EO on Defending Women:  Defending Women From Gender Ideology Extremism And Restoring Biological Truth To The Federal Government – The White House

Please read this EO in its entirety.  Here are two of the paragraphs that are included in the EO:

(c)  When administering or enforcing sex-based distinctions, every agency and all Federal employees acting in an official capacity on behalf of their agency shall use the term "sex" and not "gender" in all applicable Federal policies and documents

(e)  Agencies shall remove all statements, policies, regulations, forms, communications, or other internal and external messages that promote or otherwise inculcate gender ideology, and shall cease issuing such statements, policies, regulations, forms, communications or other messages.  Agency forms that require an individual's sex shall list male or female, and shall not request gender identity.  Agencies shall take all necessary steps, as permitted by law, to end the Federal funding of gender ideology.

The guidance I received is that we must take the following immediate actions:

1. Scrub your sections of content on FDA.gov for any mentions of "pronouns" and remove this content immediately. Please keep a record of every URL/file that you update or remove.
2. Scrub your sections of content on FDA.gov for the use of the term "Gender" and replace with the term "Sex", per paragraph c above. Again, please keep a record of every URL you update and every file you remove.

The deadline for completing this is noon tomorrow, January 31. Please send your reports of URLs/files to me by 12:00 tomorrow. We understand that this is a tight deadline but please make this a top priority so that we can be in compliance.

Thank you.

Chris Mulieri

HHS0062

| From: | Mulieri, Chris |
|---|---|
| To: | Alicea-Rivera, Esteban; Shazor, Kristin; Buckman, Paul; McPeak, Janice; Urrutia, Jorge; Ford, Kemba D.; Benton, Denise; Abi-Khattar, Cathy; Pettijohn, Juneous; Lim, Valina K.; Sampson, Rhonda; Stein, Dayle; Vyas, Tonya J; Bravo, Katherine; Rolle, Dijon; Kiladejo, Folajomi |
| Cc: | Linton, Janet; Brooks, Beau; Braithwaite, Sonia; Lehman, Joshua; Rebello, Heidi; Nalubola, Ritu |
| Subject: | RE: FDA.gov Immediate Action Required: EO on Defending Women |
| Date: | Thursday, January 30, 2025 2:02:00 PM |
| Importance: | High |

All – please note the below update to this urgent action:

If this exercise would impact a mission-critical activity, such as an expanded access form or MedWatch, hold off on making any changes and instead catalogue the page/activity and send back to Ritu Nalubola, Heidi Rebello and Chris Mulieri.

Thank you.

Chris

---

**From:** Mulieri, Chris
**Sent:** Thursday, January 30, 2025 12:36 PM
**To:** Alicea-Rivera, Esteban <Esteban.Alicea-Rivera@fda.hhs.gov>; Shazor, Kristin <Kristin.Shazor@fda.hhs.gov>; Buckman, Paul <Paul.Buckman@fda.hhs.gov>; McPeak, Janice <Janice.McPeak@fda.hhs.gov>; Urrutia, Jorge <Jorge.Urrutia@fda.hhs.gov>; Ford, Kemba D. <Kemba.Ford@fda.hhs.gov>; Benton, Denise <Denise.Benton@fda.hhs.gov>; Abi-Khattar, Cathy <Cathy.Abi-Khattar@fda.hhs.gov>; Pettijohn, Juneous <Juneous.Pettijohn@fda.hhs.gov>; Lim, Valina K. <Valina.Lim@fda.hhs.gov>; Sampson, Rhonda <Rhonda.Sampson@fda.hhs.gov>; Stein, Dayle <Dayle.Stein@fda.hhs.gov>; Vyas, Tonya J <Tonya.Vyas@fda.hhs.gov>; Bravo, Katherine <Katherine.Bravo@fda.hhs.gov>; Rolle, Dijon <Dijon.Rolle@fda.hhs.gov>; Kiladejo, Folajomi <Folajomi.Kiladejo@fda.hhs.gov>
**Cc:** Linton, Janet <Janet.Linton@fda.hhs.gov>; Brooks, Beau <Beau.Brooks@fda.hhs.gov>; Braithwaite, Sonia <Sonia.Braithwaite@fda.hhs.gov>; Lehman, Joshua <Joshua.Lehman@fda.hhs.gov>
**Subject:** FDA.gov Immediate Action Required: EO on Defending Women
**Importance:** High

All,

I was just informed that we need to take immediate action on the recently released White House EO on Defending Women:  Defending Women From Gender Ideology Extremism And Restoring Biological Truth To The Federal Government – The White House

Please read this EO in its entirety.  Here are two of the paragraphs that are included in the EO:

(c)  When administering or enforcing sex-based distinctions, every agency and all Federal employees acting in an official capacity on behalf of their agency shall use the term "sex" and

not "gender" in all applicable Federal policies and documents

(e)  Agencies shall remove all statements, policies, regulations, forms, communications, or other internal and external messages that promote or otherwise inculcate gender ideology, and shall cease issuing such statements, policies, regulations, forms, communications or other messages.  Agency forms that require an individual's sex shall list male or female, and shall not request gender identity.  Agencies shall take all necessary steps, as permitted by law, to end the Federal funding of gender ideology.

The guidance I received is that we must take the following immediate actions:

1. Scrub your sections of content on FDA.gov for any mentions of "pronouns" and remove this content immediately. Please keep a record of every URL/file that you update or remove.
2. Scrub your sections of content on FDA.gov for the use of the term "Gender" and replace with the term "Sex", per paragraph c above. Again, please keep a record of every URL you update and every file you remove.

The deadline for completing this is noon tomorrow, January 31. Please send your reports of URLs/files to me by 12:00 tomorrow. We understand that this is a tight deadline but please make this a top priority so that we can be in compliance.

Thank you.

Chris Mulieri



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Office of the Secretary

Washington, D.C. 20201

**TO:**          Heads of Operating Divisions
                  Heads of Staff Divisions

**THROUGH:** Dorothy A. Fink, M.D., Acting Secretary

**FROM:**      Scott W. Rowell, Deputy Chief of Staff - Operations

**DATE:**      January 31, 2025

**SUBJECT**:   Action: Initial Guidance Regarding President Trump's Executive Order
                 *Defending Women*


## ACTION REQUESTED

On January 20, 2025, President Trump issued Executive Order 14168, entitled *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government (Defending Women)*.  The U.S. Office of Personnel Management (OPM) provided initial guidance to agencies regarding implementation of *Defending Women*.  HHS considers sex as a biological variable and is committed to ensuring the health and safety of women across the lifespan.

All HHS Operating and Staff Divisions are expected to comply with *Defending Women* and OPM guidance by taking prompt actions to end all agency programs that use taxpayer money to promote or reflect gender ideology as defined in Section 2(f) of *Defending Women*.  The **Coordinating Committee on Women's Health** is leading this data call on behalf of the Department.  Attached is the reporting template for Operating and Staff Divisions to complete and return through Executive Secretariats by **12:00 p.m. EST on February 6, 2025**.

HHS Operating and Staff Divisions shall review all official agency activities that consider sex as a biological variable and have been or will be updated to comply with this order where official agency activities do not consider sex as a biological variable.  Operating and Staff Divisions will be contacted by ASA, ASPA, and ASFR to address reporting requirements for grants, contracts, web-related activities, and human resources.  The attached template shall be used to gather programmatic information related but not limited to statutes, regulations, guidance, intramural research, policies, public education documents and campaigns, communications, and events (internal to HHS and external to HHS).  Reporting also shall include Federal Advisory Committee Act (FACA) committees, other internal and external committees, and working groups.  Where appropriate, Operating and Staff Divisions shall address current or prior rulemaking to ensure compliance with the executive order.  HHS Operating and Staff Divisions shall submit a report bi-weekly regarding implementation until all necessary actions have been completed.

We appreciate your timely response to this request.

HHS0065



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Office of the Secretary

SCOTT W.
ROWELL -S

Digitally signed by SCOTT W.
ROWELL -S
Date: 2025.01.31 14:17:41
-05'00'

/S/

_____
Scott W. Rowell, Deputy Chief of Staff - Operations

Attachments
TAB A:  Reporting Template – Defending Women

HHS0066

**Reporting Template to Implement Executive Order 14168, "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government"**

On January 20, 2025, President Trump issued Executive Order 14168, entitled *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government* (*Defending Women*). The U.S. Office of Personnel Management (OPM) provided initial guidance to agencies regarding implementation of *Defending Women*. HHS considers sex as a biological variable and is committed to ensuring the health and safety of women across the lifespan.

All HHS Operating and Staff Divisions are expected to comply with *Defending Women* and OPM guidance by taking prompt actions to end all agency programs that use taxpayer money to promote or reflect gender ideology as defined in Section 2(f) of *Defending Women*. The **Coordinating Committee on Women's Health** is leading this data call on behalf of the Department. Please complete and return this reporting template through Executive Secretariats by **12:00 p.m. EST on February 6, 2025**.

HHS Operating and Staff Divisions shall review all official agency activities that consider sex as a biological variable and have been or will be updated to comply with this order where official agency activities do not consider sex as a biological variable. Operating and Staff Divisions will be contacted by ASA, ASPA, and ASFR to address reporting requirements for grants, contracts, web-related activities, and human resources. The template below shall be used to gather programmatic information related but not limited to statutes, regulations, guidance, intramural research, policies, public education documents and campaigns, communications, and events (internal to HHS and external to HHS). Reporting also shall include Federal Advisory Committee Act (FACA) committees, other internal and external committees, and working groups. Where appropriate, Operating and Staff Divisions shall address current or prior rulemaking to ensure compliance with the executive order. HHS Operating and Staff Divisions shall submit a report bi-weekly regarding implementation until all necessary actions have been completed.

**Agency Name**
    Agency Contact Name
    Agency Contact Email Address

- **Current or Planned Women's Health and Sex as a Biological Variable Official Agency Activities**
  - *List each activity separately and include for each one*:
  - Title:
    - ▪
  - Type of activity:
    - ▪
  - Please select one:
    - ▪ Considers sex as a biological variable.
    - ▪ Has been updated for compliance.
      - *Please include recent update*

- Will be updated for compliance.
  - *Please include proposed update*
- Link, if applicable:
  -
- Description (3-5 sentences):
  -



**UNITED STATES OFFICE OF PERSONNEL MANAGEMENT**
Washington, DC 20415

The Director

# MEMORANDUM

**TO:**        Heads and Acting Heads of Departments and Agencies

**FROM:**     Charles Ezell, Acting Director, U.S. Office of Personnel Management

**DATE**:      January 29, 2025

**RE**:         Initial Guidance Regarding President Trump's Executive Order *Defending Women*.

---

Pursuant to its authority under 5 U.S.C. § 1103(a)(1) and (a)(5), the U.S. Office of Personnel Management (OPM) is providing the following initial guidance to agencies regarding the President's Executive Order entitled *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government* (*Defending Women*).

**Steps to End Federal Funding of Gender Ideology**: In light of *Defending Women*, each agency should take prompt actions to end all agency programs that use taxpayer money to promote or reflect gender ideology as defined in Section 2(f) of *Defending Women*. Specifically, agency heads should take the following steps:

1. No later than **5:00 p.m. EST on Friday, January 31, 2025**

   a. Send an email to all agency employees announcing that the agency will be complying with *Defending Women* and this guidance.

   b. Review all agency programs, contracts, and grants, and terminate any that promote or inculcate gender ideology.

   c. Review all agency position descriptions and send a notification to all employees whose position description involves inculcating or promoting gender ideology that they are being placed on paid administrative leave effective immediately as the agency takes steps to close/end all initiatives, offices, and programs that inculcate or promote gender ideology.

   d. Take down all outward facing media (websites, social media accounts, etc.) that inculcate or promote gender ideology.

   e. Review agency email systems such as Outlook and turn off features that prompt users for their pronouns.

OPM0001

     f.   Withdraw any final or pending documents, directives, orders, regulations, materials, forms, communications, statements, and plans that inculcate or promote gender ideology.

     g.   Cancel any trainings that inculcate or promote gender ideology or have done so in the past.

     h.   Disband or cancel any employee resource groups or special emphasis programs that inculcate or promote gender ideology or have done so in the past.

     i.   Review all agency forms that require entry of an individual's sex and ensure that all list male or female only, and not gender identity.  Remove requests for "gender" and substitute requests for "sex."

     j.   Ensure that all applicable agency policies and documents, including forms, use the term "sex" and not "gender."

     k.   Ensure that intimate spaces designated for women, girls, or females (or for men, boys, or males) are designated by biological sex and not gender identity.

2.  No later than **12:00 p.m. EST on Friday, February 7, 2025**, report to OPM on all steps taken to implement this guidance, including:

     a.   a complete list of actions taken in response to this guidance and *Defending Women*; and

     b.   any agency plans to fully comply with this guidance and *Defending Women*.

     Please contact OPM at defendingwomen@opm.gov if you have any questions regarding this guidance. Please send any reports requested by this guidance to defendingwomen@opm.gov.

cc: Chief Human Capital Officers (CHCOs), Deputy CHCOs, Human Resources Directors, and Chiefs of Staff



OPM0003

Case 1:25-cv-00322-JDB   Document 54-2   Filed 04/21/25   Page 74 of 82

PRESIDENTIAL ACTIONS

# DEFENDING WOMEN FROM GENDER IDEOLOGY EXTREMISM AND RESTORING BIOLOGICAL TRUTH TO THE FEDERAL GOVERNMENT

EXECUTIVE ORDER

January 20, 2025

OPM0004

By the authority vested in me as President by the Constitution and the laws of the United States of America, including section 7301 of title 5, United States Code, it is hereby ordered:

Section 1.  Purpose.  Across the country, ideologues who deny the biological reality of sex have increasingly used legal and other socially coercive means to permit men to self-identify as women and gain access to intimate single-sex spaces and activities designed for women, from women's domestic abuse shelters to women's workplace showers.  This is wrong.  Efforts to eradicate the biological reality of sex fundamentally attack women by depriving them of their dignity, safety, and well-being.  The erasure of sex in language and policy has a corrosive impact not just on women but on the validity of the entire American system.  Basing Federal policy on truth is critical to scientific inquiry, public safety, morale, and trust in government itself.

This unhealthy road is paved by an ongoing and purposeful attack against the ordinary and longstanding use and understanding of biological and scientific terms, replacing the immutable biological reality of sex with an internal, fluid, and subjective sense of self unmoored from biological facts.  Invalidating the true and biological category of "woman" improperly transforms laws and policies designed to protect sex-based opportunities into laws and policies that undermine them, replacing longstanding, cherished legal rights and values with an identity-based, inchoate social concept.

Accordingly, my Administration will defend women's rights and protect freedom of conscience by using clear and accurate language and policies that recognize women are biologically female, and men are biologically male.

Sec. 2.  Policy and Definitions.  It is the policy of the United States to recognize two sexes, male and female.  These sexes are not changeable and are grounded in fundamental and incontrovertible reality.  Under my direction, the Executive Branch will enforce all sex-protective laws to promote this reality, and the following definitions shall govern all Executive interpretation of and application of Federal law and administration policy:

OPM0005

2/28/25, 7:56 PM    Defending Women From Gender Ideology Extremism and Restoring Biological Truth to The Federal Government – The White House

Case 1:25-cv-00333-JDB    Document 54-2    Filed 04/21/25    Page 76 of 82

(a)  "Sex" shall refer to an individual's immutable biological classification as either male or female.  "Sex" is not a synonym for and does not include the concept of "gender identity."

(b)  "Women" or "woman" and "girls" or "girl" shall mean adult and juvenile human females, respectively.

(c)  "Men" or "man" and "boys" or "boy" shall mean adult and juvenile human males, respectively.

(d)  "Female" means a person belonging, at conception, to the sex that produces the large reproductive cell.

(e)  "Male" means a person belonging, at conception, to the sex that produces the small reproductive cell.

(f)  "Gender ideology" replaces the biological category of sex with an ever-shifting concept of self-assessed gender identity, permitting the false claim that males can identify as and thus become women and vice versa, and requiring all institutions of society to regard this false claim as true.  Gender ideology includes the idea that there is a vast spectrum of genders that are disconnected from one's sex.  Gender ideology is internally inconsistent, in that it diminishes sex as an identifiable or useful category but nevertheless maintains that it is possible for a person to be born in the wrong sexed body.

(g)  "Gender identity" reflects a fully internal and subjective sense of self, disconnected from biological reality and sex and existing on an infinite continuum, that does not provide a meaningful basis for identification and cannot be recognized as a replacement for sex.

Sec. 3.  Recognizing Women Are Biologically Distinct From Men.  (a)  Within 30 days of the date of this order, the Secretary of Health and Human Services shall provide to the U.S. Government, external partners, and the public clear guidance expanding on the sex-based definitions set forth in this order.

(b)  Each agency and all Federal employees shall enforce laws governing sex-based rights, protections, opportunities, and accommodations to protect men and women as biologically distinct sexes.  Each agency should therefore give

OPM0006

the terms "sex", "male", "female", "men", "women", "boys" and "girls" the meanings set forth in section 2 of this order when interpreting or applying statutes, regulations, or guidance and in all other official agency business, documents, and communications.

(c)  When administering or enforcing sex-based distinctions, every agency and all Federal employees acting in an official capacity on behalf of their agency shall use the term "sex" and not "gender" in all applicable Federal policies and documents.

(d)  The Secretaries of State and Homeland Security, and the Director of the Office of Personnel Management, shall implement changes to require that government-issued identification documents, including passports, visas, and Global Entry cards, accurately reflect the holder's sex, as defined under section 2 of this order; and the Director of the Office of Personnel Management shall ensure that applicable personnel records accurately report Federal employees' sex, as defined by section 2 of this order.

(e)  Agencies shall remove all statements, policies, regulations, forms, communications, or other internal and external messages that promote or otherwise inculcate gender ideology, and shall cease issuing such statements, policies, regulations, forms, communications, or other messages.  Agency forms that require an individual's sex shall list male or female, and shall not request gender identity.  Agencies shall take all necessary steps, as permitted by law, to end the Federal funding of gender ideology.

(f)  The prior Administration argued that the Supreme Court's decision in *Bostock v. Clayton County* (2020), which addressed Title VII of the Civil Rights Act of 1964, requires gender identity–based access to single-sex spaces under, for example, Title IX of the Educational Amendments Act.  This position is legally untenable and has harmed women.  The Attorney General shall therefore immediately issue guidance to agencies to correct the misapplication of the Supreme Court's decision in *Bostock v. Clayton County* (2020) to sex-based distinctions in agency activities.  In addition, the Attorney General shall issue

OPM0007

2/28/25, 7:56 PM    Defending Women From Gender Ideology Extremism and Restoring Biological Truth to The Federal Government – The White House

Case 25-cv-00322-JDB    Document 54-2    Filed 04/21/25    Page 78 of 82

guidance and assist agencies in protecting sex-based distinctions, which are explicitly permitted under Constitutional and statutory precedent.

(g)  Federal funds shall not be used to promote gender ideology.  Each agency shall assess grant conditions and grantee preferences and ensure grant funds do not promote gender ideology.

Sec. 4.  Privacy in Intimate Spaces.  (a)  The Attorney General and Secretary of Homeland Security shall ensure that males are not detained in women's prisons or housed in women's detention centers, including through amendment, as necessary, of Part 115.41 of title 28, Code of Federal Regulations and interpretation guidance regarding the Americans with Disabilities Act.

(b)  The Secretary of Housing and Urban Development shall prepare and submit for notice and comment rulemaking a policy to rescind the final rule entitled "Equal Access in Accordance with an Individual's Gender Identity in Community Planning and Development Programs" of September 21, 2016, 81 FR 64763, and shall submit for public comment a policy protecting women seeking single-sex rape shelters.

(c)  The Attorney General shall ensure that the Bureau of Prisons revises its policies concerning medical care to be consistent with this order, and shall ensure that no Federal funds are expended for any medical procedure, treatment, or drug for the purpose of conforming an inmate's appearance to that of the opposite sex.

(d)  Agencies shall effectuate this policy by taking appropriate action to ensure that intimate spaces designated for women, girls, or females (or for men, boys, or males) are designated by sex and not identity.

Sec. 5.  Protecting Rights.  The Attorney General shall issue guidance to ensure the freedom to express the binary nature of sex and the right to single-sex spaces in workplaces and federally funded entities covered by the Civil Rights Act of 1964.  In accordance with that guidance, the Attorney General, the Secretary of Labor, the General Counsel and Chair of the Equal Employment Opportunity Commission, and each other agency head with enforcement

OPM0008

responsibilities under the Civil Rights Act shall prioritize investigations and litigation to enforce the rights and freedoms identified.

Sec. 6.  Bill Text.  Within 30 days of the date of this order, the Assistant to the President for Legislative Affairs shall present to the President proposed bill text to codify the definitions in this order.

Sec. 7.  Agency Implementation and Reporting.  (a)  Within 120 days of the date of this order, each agency head shall submit an update on implementation of this order to the President, through the Director of the Office of Management and Budget.  That update shall address:

(i)  changes to agency documents, including regulations, guidance, forms, and communications, made to comply with this order; and

(ii)  agency-imposed requirements on federally funded entities, including contractors, to achieve the policy of this order.

(b)  The requirements of this order supersede conflicting provisions in any previous Executive Orders or Presidential Memoranda, including but not limited to Executive Orders 13988 of January 20, 2021, 14004 of January 25, 2021, 14020 and 14021 of March 8, 2021, and 14075 of June 15, 2022.  These Executive Orders are hereby rescinded, and the White House Gender Policy Council established by Executive Order 14020 is dissolved.

(c)  Each agency head shall promptly rescind all guidance documents inconsistent with the requirements of this order or the Attorney General's guidance issued pursuant to this order, or rescind such parts of such documents that are inconsistent in such manner.  Such documents include, but are not limited to:

(i)    "The White House Toolkit on Transgender Equality";

(ii)   the Department of Education's guidance documents including:

(A)  "2024 Title IX Regulations: Pointers for Implementation" (July 2024);

(B)  "U.S. Department of Education Toolkit: Creating Inclusive and Nondiscriminatory School Environments for LGBTQI+ Students";

OPM0009

(C)  "U.S. Department of Education Supporting LGBTQI+ Youth and Families in School" (June 21, 2023);

(D)  "Departamento de Educación de EE.UU.  Apoyar a los jóvenes y familias LGBTQI+ en la escuela" (June 21, 2023);

(E)  "Supporting Intersex Students: A Resource for Students, Families, and Educators" (October 2021);

(F)  "Supporting Transgender Youth in School" (June 2021);

(G)  "Letter to Educators on Title IX's 49th Anniversary" (June 23, 2021);

(H)  "Confronting Anti-LGBTQI+ Harassment in Schools: A Resource for Students and Families" (June 2021);

(I)  "Enforcement of Title IX of the Education Amendments of 1972 With Respect to Discrimination Based on Sexual Orientation and Gender Identity in Light of Bostock v. Clayton County" (June 22, 2021);

(J)  "Education in a Pandemic: The Disparate Impacts of COVID-19 on America's Students" (June 9, 2021); and

(K)  "Back-to-School Message for Transgender Students from the U.S. Depts of Justice, Education, and HHS" (Aug. 17, 2021);

(iii)  the Attorney General's Memorandum of March 26, 2021 entitled "Application of *Bostock v. Clayton County* to Title IX of the Education Amendments of 1972"; and

(iv)  the Equal Employment Opportunity Commission's "Enforcement Guidance on Harassment in the Workplace" (April 29, 2024).

Sec. 8.  General Provisions.  (a)  Nothing in this order shall be construed to impair or otherwise affect:

(i)  the authority granted by law to an executive department or agency, or the head thereof; or

(ii)  the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b)  This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

OPM0010

(c)  This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

(d)  If any provision of this order, or the application of any provision to any person or circumstance, is held to be invalid, the remainder of this order and the application of its provisions to any other persons or circumstances shall not be affected thereby.

THE WHITE HOUSE,

   January 20, 2025.

News

Administration

Issues

Contact

Visit

**THE WHITE HOUSE**

1600 Pennsylvania Ave NW
Washington, DC 20500

OPM0011

THE WHITE HOUSE

WH.GOV

Copyright

Privacy

OPM0012