## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Doctors for America, *et al.*,<br><br>         Plaintiffs,<br><br>  v.<br><br>Office of Personnel Management, *et al.*,<br><br>         Defendants. | Case No. 1:25-cv-00322-JDB |

### Status Report

  Pursuant to the commitment made in their April 18 Status Report, ECF No. 53, Defendants submit this further status report regarding their "progress reviewing the relevant webpages for compliance with Executive Order 14168," "any modification to or removal of a relevant webpage," and the applicability of the Paperwork Reduction Act, Information Quality Act, and Evidence-Based Policymaking Act "to a modified or removed relevant webpage," *see* February 24 Order, ECF No. 26 (directing filing of March 21 Status Report and defining "relevant webpage").

  Since April 18, Defendants have been conducting individualized reviews of the relevant webpages. While that review process remains ongoing, Defendants have not further modified or removed any relevant webpage or content (in other words, the status of each relevant webpage or media remains unchanged from its status at the time of the March 21 Status Report). The individualized review process is nearing its end, and Defendants expect it will conclude in approximately one week. Defendants will file a final status report following completion of the individualized review process, addressing the items identified in the Court's February 24 Order.

May 8, 2025                                         Respectfully submitted,

                                                    */s/ Gabriel I. Schonfeld*
                                                    GABRIEL I. SCHONFELD
                                                    (D.C. Bar. No. 155539)
                                                    Trial Attorney
                                                    Consumer Protection Branch
                                                    Civil Division
                                                    U.S. Department of Justice
                                                    PO Box 386
                                                    Washington, DC 20044-0386
                                                    (202) 353-1531
                                                    (202) 514-8742 (fax)

                                                    *Attorney for Defendants*