UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DOCTORS FOR AMERICA, et al.,

   Plaintiffs,

      v.                                            Civil Action No. 25-322 (JDB)

OFFICE OF PERSONNEL
MANAGEMENT, et al.,

   Defendants.

# ORDER

Upon consideration of [37] the plaintiffs' motion for summary judgment and for a preliminary injunction, [48] the defendants' cross-motion for summary judgment, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [37] the plaintiffs' motion for summary judgment is **GRANTED** as to Counts I and III, **DENIED** as to Count II, and **DENIED AS MOOT** as to the request for a preliminary injunction; it is further

**ORDERED** that [48] the defendants' motion for summary judgment is **GRANTED** as to Count II and **DENIED** in all other respects; it is further

**ORDERED** that the Office of Personnel Management ("OPM") Memorandum titled "Initial Guidance Regarding President Trump's Executive Order Defending Women" ("OPM Memo"), issued on January 29, 2025, is **VACATED** and **REMANDED** to OPM for further proceedings not inconsistent with this Court's Order and Opinion; it is further

**ORDERED** that the Department of Health and Human Services ("HHS") directive titled "Action: Initial Guidance Regarding President Trump's Executive Order Defending Women"

1

("HHS Guidance"), is **VACATED** and **REMANDED** to HHS for further proceedings not inconsistent with this Court's Order and Opinion; it is further

**ORDERED** that the plaintiffs produce, by not later than July 11, 2025, a list of all HHS defendant webpages and datasets relied upon by the plaintiffs ("Plaintiffs' Identified Webpages"); it is further

**ORDERED** that the defendants, as soon as practically possible on or after July 11, 2025,

- Restore to their versions as of 12:00 a.m. on January 29, 2025, the Plaintiffs' Identified Webpages that the defendants had removed on the basis of the OPM Memo or HHS Guidance;

- Revert to their prior versions any substantial modifications made to the Plaintiffs' Identified Webpages on or after 12:00 a.m. on January 29, 2025, on the basis of the OPM Memo or HHS Guidance; it is further

**ORDERED** that the defendants shall, by not later than July 18, 2025, file a status report describing the steps taken to ensure compliance with this Order; and it is further

**ORDERED** that the defendants shall file a status report every Friday thereafter until they have fully complied with the Court's Order.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: July 2, 2025