UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Doctors for America, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 1:25-cv-00322-JDB |
| Office of Personnel Management, *et al.*, | |
| Defendants. | |

**Defendants' Second Compliance Report**

Pursuant to this Court's Order of July 2, 2025, ECF No. 59, Defendants respectfully submit this report describing the steps taken to ensure compliance with the Order.

1. Defendants are continuing to review Plaintiffs' Identified Webpages[1] to determine (1) whether and to what extent they were modified or removed on or after January 29, 2025, and, if so, (2) whether they were removed or modified on the basis of the OPM Memo or HHS Guidance. For Identified Webpages subject to the Order, Defendants will bring them into compliance as soon as practically possible.

2. As described in their First Compliance Report, *see* ECF No. 61 ¶ 3, Defendants previously sought clarification from Plaintiffs as to seven Identified Webpages for which Plaintiffs did not initially provide a URL. Plaintiffs have provided additional information in response to that request.

3. Since filing their First Compliance Report, Defendants have determined that they are in compliance with the Order as to an additional two Identified Webpages. *See* Exhibit A (rows highlighted in yellow). Defendants have also determined since the First

---

[1] Defendants assume the Court's familiarity with prior proceedings in this case. Acronyms and capitalized terms have the same meaning as in the Court's Order of July 2, 2025, *see* ECF No. 59, and/or Memorandum Opinion, *see* ECF No. 60.

Compliance Report that an additional five Identified Webpages are not subject to the Order because to the extent Defendants modified or removed those pages on or after January 29, 2025, they did not do so on the basis of the OPM Memo or HHS Guidance. *See id.* (rows highlighted in blue).

    4. Defendants have also become aware that the First Compliance Report may have incorrectly listed one Identified Webpage[2] as compliant with the Order. That page is under further review to determine what (if any) additional action is required.

    5. In total, as of the date of this report, Defendants have determined that they are in compliance with the Order as to 68 Identified Webpages, and that 11 Identified Webpages are not subject to the Order. *See id.*

    6. Five defendant agencies—CMS, FDA, HHS, NIH, and SAMHSA/CBHSQ—have completed the review and compliance process as to the Identified Webpages for which they are responsible. FDA has completed that process since Defendants filed their First Compliance Report.

    7. For three defendant agencies—AHRQ, CDC, and HRSA—the review and compliance process is actively underway. The overwhelming majority of the Identified Webpages left to review (121 out of 135) belong to CDC. As CDC progresses through its review and determines that additional Identified Webpages are subject to the Order, it will bring them into compliance on a rolling basis.

    8. For one defendant agency—NCHS—the review and compliance process cannot continue until Plaintiffs clarify the NCHS resources they wish to identify under the Order. *See supra* ¶ 2. Plaintiffs provided additional information regarding those resources on July 25, 2025, shortly before the filing of this report. NCHS will review that information and proceed as appropriate.

---

[2] Identified by Plaintiffs as "Ryan White HIV/AIDS Program Special Projects of National Significance (SPNS) Initiatives" and located at https://ryanwhite.hrsa.gov/about/parts-and-initiatives/part-f-spns.

3

9. Both the pace at which Defendants can review Plaintiffs' Identified Webpages, and the pace at which webpages subject to the Order can practically be restored or reverted, is limited by staffing and other resource constraints, as well as by agency safeguards that require multiple layers of approval in order to modify a website. The extent of those safeguards will vary depending on the nature of the website at issue. Modifying certain databases, for example, generally requires (among other steps) that a trial update be tested multiple times to ensure stability.

| | |
|---|---|
| July 25, 2025 | Respectfully submitted, |
| | */s/ Gabriel I. Schonfeld* |
| | GABRIEL I. SCHONFELD |
| | (D.C. Bar. No. 155539) |
| | Trial Attorney |
| | Civil Division |
| | U.S. Department of Justice |
| | 950 Pennsylvania Avenue NW, Rm. 7219 |
| | Washington, DC 20530 |
| | (202) 514-3306 |