# Exhibit A

| Plaintiffs' Identified Webpage | Agency | Resolution | Notes |
|---|---|---|---|
| "A model for improving health care quality for transgender and gender nonconforming patients" | AHRQ | Brought Into Compliance - Restored/Reverted | |
| "How cisgender clinicians can help prevent harm during encounters with transgender patients" | AHRQ | Brought Into Compliance - Restored/Reverted | |
| "More than an apple a day: factors associated with avoidance of doctor visits among transgender, gender nonconforming, and nonbinary people in the USA" | AHRQ | Brought Into Compliance - Restored/Reverted | |
| https://psnet.ahrq.gov/perspective/conversation-richard-platt-md-msc | AHRQ | Brought Into Compliance - Restored/Reverted | |
| https://psnet.ahrq.gov/perspective/cultural-competence-and-patient-safety | AHRQ | Brought Into Compliance - Restored/Reverted | |
| https://psnet.ahrq.gov/web-mm/copy-and-paste-notes-and-autopopulated-text-electronic-health-record | AHRQ | Brought Into Compliance - Restored/Reverted | |
| https://psnet.ahrq.gov/web-mm/endometriosis-common-and-commonly-missed-and-delayed-diagnosis | AHRQ | Brought Into Compliance - Restored/Reverted | |
| https://psnet.ahrq.gov/web-mm/great-pretender-syphilis-still-stumping-healthcare-providers | AHRQ | Brought Into Compliance - Restored/Reverted | |
| https://psnet.ahrq.gov/web-mm/its-sarah-not-stephen | AHRQ | Brought Into Compliance - Restored/Reverted | |
| https://psnet.ahrq.gov/web-mm/multiple-missed-opportunities-suicide-risk-assessment-emergency-and-primary-care-settings | AHRQ | Brought Into Compliance - Restored/Reverted | |
| https://artreporting.cdc.gov/Default.aspx | CDC | Brought Into Compliance - Restored/Reverted | |
| https://atsdr.cdc.gov/place-health/php/svi/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.atsdr.cdc.gov/place-health/php/eji/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/contraception/hcp/provider-tools/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/ehe/ | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/global-hiv-tb/php/our-approach/undetectable-untransmittable.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/health-disparities-hiv-std-tb-hepatitis/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/healthy-youth/ | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/healthy-youth/communication-resources/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/healthy-youth/data-statistics/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/healthy-youth/health-disparities/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/healthy-youth/journal-articles/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/healthy-youth/lgbtq-youth/health-disparities-among-lgbtq-youth.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/healthy-youth/lgbtq-youth/terminology.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/healthy-youth/site.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/healthy-youth/what-works-in-schools/overview.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/hiv/data-research/facts-stats/gay-bisexual-men.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/hiv/data-research/facts-stats/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/hiv/data-research/facts-stats/race-ethnicity.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/hiv/data-research/facts-stats/transgender-people.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/hiv/glossary/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/hiv/health-equity/ | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/hiv/prevention/pep.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/hiv/testing/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/hiv-data/about/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/hiv-data/initiatives/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/hiv-data/initiatives/prevention-goals-table.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/hiv-data/mmp/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/hiv-data/nhbs/ | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/hiv-data/nhbs/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/hiv-data/nhss/estimated-hiv-incidence-and-prevalence.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/hiv-data/nhss/hiv-diagnoses-deaths-prevalence.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/hiv-data/nhss/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/hiv-data/program/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/hivnexus/media/pdfs/2024/04/cdc-hiv-together-brochure-prepguidelineupdate2021-provider.pdf | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/mental-health-action-guide/strategies/enhance-connectedness.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/rsv/hcp/vaccine-clinical-guidance/pregnant-people.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/stophivtogether/hiv-stigma/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/stophivtogether/hiv-stigma/ways-to-stop.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/stophivtogether/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/stophivtogether/library/?Sort=Last%20Updated%3A%3Adesc&Language=English%20(US)&Campaign%20Resources%20Name=Stop%20HIV%20Stigma&Format=Pledge%20Card | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/stophivtogether/partnerships/toolkit/talk-hiv.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/youth-behavior/school-connectedness | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/yrbs | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/yrbs/report-publication/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/yrbs/results/2023-yrbs-results.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/high-quality-care/hcp/resources/provider.html | CDC | Not Subject to Order | |
| https://www.cdc.gov/hiv/guidelines/recommendations/technical-update-for-hiv.html | CDC | Not Subject to Order | Resource relocated to: https://stacks.cdc.gov/view/cdc/129018 |
| https://www.cdc.gov/nisvs/about/index.html | CDC | Not Subject to Order | |
| https://www.cdc.gov/stophivtogether/library/prescribe-hiv-prevention/brochures/cdc-lsht-php-brochure-pep-faq.pdf | CDC | Not Subject to Order | |
| https://www.hiv.gov/hiv-basics/hiv-prevention/using-hiv-medication-to-reduce-risk/pre-exposure-prophylaxis | CDC | Not Subject to Order | |
| https://npin.cdc.gov/publication/hiv-surveillance-supplemental-report-2021-hiv-and-aids-data-through-december-2019 | CDC | Not Subject to Order | |

| URL | Agency | Status |
|---|---|---|
| https://stacks.cdc.gov/view/cdc/156513 | CDC | Not Subject to Order |
| https://www.cdc.gov/nchhstp/director-letters/cdc-publishes-new-hiv-surveillance-reports.html | CDC | Not Subject to Order |
| https://stacks.cdc.gov/gsearch?terms=hiv+surveillance+supplemental+reports&collection= | CDC | Not Subject to Order |
| https://www.cdc.gov/contraception/hcp/usmec/methods.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/bleeding-irregularities-contraception.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/changes-from-2016.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/classifications-mec-contraception.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/combined-hormonal-contraceptives.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/conclusion.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/contraception-not-needed.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/emergency-contraception.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/follow-after-contraception.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/how-to-use.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/implants.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/index.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/injectables.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/intrauterine-contraception.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/intrauterine-devices-pid.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/keeping-up-to-date.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/methods.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/not-pregnant.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/permanent-contraception.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/progestin-only-pills.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/standard-days-method.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/testosterone-pregnancy-risk.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/tests-before-contraception.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/when-contraceptive-methods.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/nisvs/documentation/index.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/stophivtogether/hiv-prevention/pep.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/stophivtogether/hiv-testing/self-testing.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/stophivtogether/hiv-testing/talk-testing.html | CDC | Brought Into Compliance - Restored/Reverted |
| Portions of CDC's website that are responsible for running the CDC STI Tx app | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/health-communication/php/toolkit/preferred-terms.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/health-communication/php/toolkit/resources-style-guides.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/hiv/awarenessdays/ | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/hiv-data/ | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/hivnexus/hcp/pep/index.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/homelessness-and-health/php/publications/index.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/pcd/issues/2014/14_0126.htm | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/PCD/issues/2019/18_0633.htm | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/PCD/issues/2021/21_0160.htm | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/PCD/issues/2022/22_0134.htm | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/PCD/issues/2022/22_0184.htm | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/PCD/issues/2023/22_0209.htm | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/pcd/issues/2024/24_0077.htm | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/std/treatment-guidelines/adolescents.htm | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/std/treatment-guidelines/chlamydia.htm | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/std/treatment-guidelines/clinical-primary.htm | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/std/treatment-guidelines/clinical-risk.htm | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/std/treatment-guidelines/default.htm | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/std/treatment-guidelines/gonorrhea-adults.htm | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/std/treatment-guidelines/herpes.htm | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/std/treatment-guidelines/hpv-cancer.htm | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/std/treatment-guidelines/latent-syphilis.htm | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/std/treatment-guidelines/p-and-s-syphilis.htm | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/std/treatment-guidelines/trans.htm | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/nchs/surveys/index.html | NCHS | Not Subject to Order |
| https://www.cms.gov/data-tools | CMS | Brought Into Compliance - Restored/Reverted |
| https://data.cms.gov/tools/mapping-disparities-by-social-determinants-of-health | CMS | Brought Into Compliance - Restored/Reverted |
| https://www.fda.gov/about-fda/cdrh-strategic-priorities-and-updates/discussion-paper-health-equity-medical-devices | FDA | Not Subject to Order |
| https://www.fda.gov/consumers/health-education-resources/diversidad-en-los-estudios-clinicos-hoja-informativa | FDA | Not Subject to Order |
| https://www.fda.gov/consumers/minority-health-and-health-equity/health-education-resources | FDA | Not Subject to Order |
| https://www.fda.gov/drugs/drug-safety-and-availability/risk-evaluation-and-mitigation-strategies-rems | FDA | Brought Into Compliance - Restored/Reverted |

| URL / Description | Agency | Status |
|---|---|---|
| https://www.fda.gov/medical-devices/medical-device-regulatory-science-research-programs-conducted-osel/identifying-and-measuring-artificial-intelligence-ai-bias-enhancing-health-equity | FDA | Not Subject to Order |
| https://www.fda.gov/science-research/focus-areas-regulatory-science-report/cross-cutting-topics-minority-health-and-health-equity-regulatory-science-research | FDA | Not Subject to Order |
| https://www.fda.gov/regulatory-information/search-fda-guidance-documents/diversity-action-plans-improve-enrollment-participants-underrepresented-populations-clinical-studies | FDA | Brought Into Compliance - Restored/Reverted |
| https://www.fda.gov/regulatory-information/search-fda-guidance-documents/study-sex-differences-clinical-evaluation-medical-products | FDA | Brought Into Compliance - Restored/Reverted |
| https://odphp.health.gov/healthypeople/objectives-and-data/browse-objectives/lgbt | HHS | Brought Into Compliance - Restored/Reverted |
| https://opa.hhs.gov/sites/default/files/2023-08/gender-affirming-care-young-people.pdf | HHS | Brought Into Compliance - Restored/Reverted |
| https://www.hhs.gov/hipaa/for-professionals/special-topics/reproductive-health/index.html | HHS | Brought Into Compliance - Restored/Reverted |
| https://www.hhs.gov/ocr/lgbtqi/index.html | HHS | Brought Into Compliance - Restored/Reverted |
| Enhancing Engagement and Retention in Quality HIV Care for Transgender Women of Color, 2012-2017 | HRSA | Not Subject to Order |
| https://www.hrsa.gov/sites/default/files/hrsa/owh/caring-women-opioid-disorder.pdf | HRSA | Brought Into Compliance - Restored/Reverted |
| https://ryanwhite.hrsa.gov/hiv-care | HRSA | Brought Into Compliance - Restored/Reverted |
| https://ryanwhite.hrsa.gov/about/parts-and-initiatives/part-f-spns/previous-spns-initiatives | HRSA | Not Subject to Order |
| https://ryanwhite.hrsa.gov/about/parts-and-initiatives/part-f-spns/previous-spns-initiatives/spns-initiative-enhancing-engagement-retention-quality-hiv-care-transgender-women | HRSA | Not Subject to Order |
| https://ryanwhite.hrsa.gov/about/parts-and-initiatives/part-f-spns/spns-products | HRSA | Not Subject to Order |
| https://ryanwhite.hrsa.gov/about/parts-and-initiatives/part-f-spns | HRSA | Not Subject to Order |
| https://ryanwhite.hrsa.gov/sites/default/files/ryanwhite/resources/program-factsheet-part-f-spns.pdf | HRSA | Not Subject to Order |
| https://www.hrsa.gov/office-womens-health | HRSA | Brought Into Compliance - Restored/Reverted |
| https://ryanwhite.hrsa.gov/about/parts-and-initiatives/part-f-spns/fy24-awards | HRSA | Not Subject to Order |
| https://medlineplus.gov/abortion.html | NIH | Brought Into Compliance - Restored/Reverted |
| https://medlineplus.gov/spanish/healthdisparities.html | NIH | Brought Into Compliance - Restored/Reverted |
| https://www.samhsa.gov/data/report/lgb-adolescent-behavioral-health-2023 | SAMHSA/CBHSQ | Brought Into Compliance - Restored/Reverted |
| https://www.samhsa.gov/data/sites/default/files/reports/rpt53083/2023-nsduh-lgb-infographic-report.pdf | SAMHSA/CBHSQ | Brought Into Compliance - Restored/Reverted |
| https://www.samhsa.gov/data/sites/default/files/reports/rpt53159/2023-nsduh-pop-slides-lbgplus.pdf | SAMHSA/CBHSQ | Brought Into Compliance - Restored/Reverted |