**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| DOCTORS FOR AMERICA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE OF PERSONNEL MANAGEMENT, et al.<br><br>Defendants. |

Civil Action No. 25-cv-322-JDB

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Civil Rule 83.6(b), Julie Wilensky respectfully provides notice that she withdraws as counsel for Plaintiff City and County of San Francisco in this matter. Her withdrawal will cause no delay or prejudice, as the City and County of San Francisco will continue to be represented by attorneys from the San Francisco City Attorney's Office and Public Citizen Litigation Group who have previously appeared in this matter.

Dated:  August 14, 2025

Respectfully submitted,

By:  */s/ Julie Wilensky*
Julie Wilensky (*pro hac vice*)
Deputy City Attorney
SAN FRANCISCO CITY ATTORNEY'S OFFICE
Fox Plaza, 1390 Market Street, 7th Floor
San Francisco, CA 94102
(415) 554-4274
Julie.Wilensky@sfcityatty.org

*Withdrawing Attorney for Plaintiff*
*City and County of San Francisco*

1