# Exhibit A

| Plaintiffs' Identified Webpage | Agency | Resolution | Notes |
|---|---|---|---|
| "A model for improving health care quality for transgender and gender nonconforming patients" | AHRQ | Brought Into Compliance - Restored/Reverted | |
| "How cisgender clinicians can help prevent harm during encounters with transgender patients" | AHRQ | Brought Into Compliance - Restored/Reverted | |
| "More than an apple a day: factors associated with avoidance of doctor visits among transgender, gender nonconforming, and nonbinary people in the USA" | AHRQ | Brought Into Compliance - Restored/Reverted | |
| https://psnet.ahrq.gov/perspective/conversation-richard-platt-md-msc | AHRQ | Brought Into Compliance - Restored/Reverted | |
| https://psnet.ahrq.gov/perspective/cultural-competence-and-patient-safety | AHRQ | Brought Into Compliance - Restored/Reverted | |
| https://psnet.ahrq.gov/web-mm/copy-and-paste-notes-and-autopopulated-text-electronic-health-record | AHRQ | Brought Into Compliance - Restored/Reverted | |
| https://psnet.ahrq.gov/web-mm/endometriosis-common-and-commonly-missed-and-delayed-diagnosis | AHRQ | Brought Into Compliance - Restored/Reverted | |
| https://psnet.ahrq.gov/web-mm/great-pretender-syphilis-still-stumping-healthcare-providers | AHRQ | Brought Into Compliance - Restored/Reverted | |
| https://psnet.ahrq.gov/web-mm/its-sarah-not-stephen | AHRQ | Brought Into Compliance - Restored/Reverted | |
| https://psnet.ahrq.gov/web-mm/multiple-missed-opportunities-suicide-risk-assessment-emergency-and-primary-care-settings | AHRQ | Brought Into Compliance - Restored/Reverted | |
| https://artreporting.cdc.gov/Default.aspx | CDC | Brought Into Compliance - Restored/Reverted | |
| https://atsdr.cdc.gov/place-health/php/svi/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.atsdr.cdc.gov/place-health/php/eji/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/contraception/hcp/provider-tools/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/ehe/ | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/global-hiv-tb/php/our-approach/undetectable-untransmittable.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/health-disparities-hiv-std-tb-hepatitis/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/healthy-youth/ | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/healthy-youth/communication-resources/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/healthy-youth/data-statistics/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/healthy-youth/health-disparities/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/healthy-youth/journal-articles/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/healthy-youth/lgbtq-youth/health-disparities-among-lgbtq-youth.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/healthy-youth/lgbtq-youth/terminology.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/healthy-youth/site.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/healthy-youth/what-works-in-schools/overview.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/hiv/data-research/facts-stats/gay-bisexual-men.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/hiv/data-research/facts-stats/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/hiv/data-research/facts-stats/race-ethnicity.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/hiv/data-research/facts-stats/transgender-people.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/hiv/glossary/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/hiv/health-equity/ | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/hiv/prevention/pep.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/hiv/testing/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/hiv-data/about/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/hiv-data/initiatives/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/hiv-data/initiatives/prevention-goals-table.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/hiv-data/mmp/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/hiv-data/nhbs/ | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/hiv-data/nhbs/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/hiv-data/nhss/estimated-hiv-incidence-and-prevalence.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/hiv-data/nhss/hiv-diagnoses-deaths-prevalence.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/hiv-data/nhss/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/hiv-data/program/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/hivnexus/media/pdfs/2024/04/cdc-hiv-together-brochure-prepguideineupdate2021-provider.pdf | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/mental-health-action-guide/strategies/enhance-connectedness.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/rsv/hcp/vaccine-clinical-guidance/pregnant-people.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/stophivtogether/hiv-stigma/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/stophivtogether/hiv-stigma/ways-to-stop.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/stophivtogether/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/stophivtogether/library/?Sort=Last%20Updated%3A%3Adesc&Language=English%20(US)&Campaign%20Resources%20Name=Stop%20HIV%20Stigma&Format=Pledge%20Card. | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/stophivtogether/partnerships/toolkit/talk-hiv.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/youth-behavior/school-connectedness | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/yrbs | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/yrbs/report-publication/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/yrbs/results/2023-yrbs-results.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/high-quality-care/hcp/resources/provider.html | CDC | Not Subject to Order | |
| https://www.cdc.gov/hiv/guidelines/recommendations/technical-update-for-hiv.html | CDC | Not Subject to Order | Resource relocated to: https://stacks.cdc.gov/view/cdc/129018 |
| https://www.cdc.gov/niosh/about/index.html | CDC | Not Subject to Order | |
| https://www.cdc.gov/stophivtogether/library/prescribe-hiv-prevention/brochures/cdc-lsht-php-brochure-pep-faq.pdf | CDC | Not Subject to Order | |
| https://www.hiv.gov/hiv-basics/hiv-prevention/using-hiv-medication-to-reduce-risk/pre-exposure-prophylaxis | CDC | Not Subject to Order | |
| https://npin.cdc.gov/publication/hiv-surveillance-supplemental-report-2021-hiv-and-aids-data-through-december-2019 | CDC | Not Subject to Order | |
| https://stacks.cdc.gov/view/cdc/156513 | CDC | Not Subject to Order | |
| https://www.cdc.gov/nchhstp/director-letters/cdc-publishes-new-hiv-surveillance-reports.html | CDC | Not Subject to Order | |

| | | |
|---|---|---|
| https://stacks.cdc.gov/gsearch?terms=hiv+surveillance+supplemental+reports&collection= | CDC | Not Subject to Order |
| https://www.cdc.gov/contraception/hcp/usmec/methods.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/bleeding-irregularities-contraception.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/changes-from-2016.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/classifications-mec-contraception.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/combined-hormonal-contraceptives.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/conclusion.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/contraception-not-needed.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/emergency-contraception.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/follow-after-contraception.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/how-to-use.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/implants.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/index.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/injectables.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/intrauterine-contraception.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/intrauterine-devices-pid.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/keeping-up-to-date.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/methods.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/not-pregnant.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/permanent-contraception.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/progestin-only-pills.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/standard-days-method.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/testosterone-pregnancy-risk.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/tests-before-contraception.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/usspr/when-contraceptive-methods.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/nissvs/documentation/index.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/stophivtogether/hiv-prevention/pep.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/stophivtogether/hiv-testing/self-testing.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/stophivtogether/hiv-testing/talk-testing.html | CDC | Brought Into Compliance - Restored/Reverted |
| Portions of CDC's website that are responsible for running the CDC STI Tx app | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/health-communication/php/toolkit/preferred-terms.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/health-communication/php/toolkit/resources-style-guides.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/hiv/awarenessdays/ | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/hiv-data/ | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/hivnexus/hcp/pep/index.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/homelessness-and-health/php/publications/index.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/pcd/issues/2014/14_0126.htm | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/PCD/issues/2019/18_0633.htm | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/PCD/issues/2021/21_0160.htm | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/PCD/issues/2022/22_0134.htm | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/PCD/issues/2022/22_0184.htm | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/PCD/issues/2023/22_0209.htm | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/pcd/issues/2024/24_0077.htm | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/std/treatment-guidelines/adolescents.htm | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/std/treatment-guidelines/chlamydia.htm | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/std/treatment-guidelines/clinical-primary.htm | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/std/treatment-guidelines/clinical-risk.htm | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/std/treatment-guidelines/default.htm | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/std/treatment-guidelines/gonorrhea-adults.htm | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/std/treatment-guidelines/herpes.htm | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/std/treatment-guidelines/hpv-cancer.htm | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/std/treatment-guidelines/latent-syphilis.htm | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/std/treatment-guidelines/p-and-s-syphilis.htm | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/std/treatment-guidelines/trans.htm | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/intimate-partner-violence/about/about-teen-dating-violence.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/suicide/disparities/index.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/intimate-partner-violence/communication-resources/ | CDC | Brought Into Compliance - Restored/Reverted |
| https://npin.cdc.gov/publication/facts-about-lgbt-youth-suicide | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/abes/about/index.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/acip/evidence-to-recommendations/HPV-adults-etr.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/contraception/hcp/contraceptive-guidance/index.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/global-hiv-tb/php/our-approach/briefbook-datainformdecisions.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/health-disparities-hiv-std-tb-hepatitis/about/hiv.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/healthy-youth/what-works-in-schools/safe-supportive-school-environments.html | CDC | Brought Into Compliance - Restored/Reverted |
| https://www.cdc.gov/healthy-youth/what-works-in-schools/sexual-health-education.html | CDC | Brought Into Compliance - Restored/Reverted |

| URL | Agency | Status | Notes |
|---|---|---|---|
| https://www.cdc.gov/immigrant-refugee-health/hcp/domestic-guidance/mental-health.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/minority-health/about/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/nchhstp/director-letters/national-transgender-hiv-testing-day-2022.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/nchhstp/director-letters/national-transgender-hiv-testing-day-2024.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/nchhstp/director-letters/national-women-girls-hiv-awareness-day-2022.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/nchhstp/divisions/std-prevention.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/std-ips/php/glossary/appendix-m.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/sti/hcp/doxy-pep/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/sti/php/from-the-director/doxy-pep-sti-prevention-strategy.html | CDC | Brought Into Compliance - Restored/Reverted | Resource relocated to: https://archive.cdc.gov/#/details?url=https://www.cdc.gov/sti/php/from-the-director/doxy-pep-sti-prevention-strategy.html |
| https://www.cdc.gov/tobacco/basic_information/menthol/state-menthol-fact-sheets.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/tobacco/menthol-tobacco-health-disparities.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/tobacco-health-equity/collection/lgbtq.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/tobacco-health-equity/collection/lgbtq-quitting-tobacco.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/youth-advisory-councils/structure/stories.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/diabetes/risk-factors/diabetes-risk-lgbtq.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/hepatitis/statistics/SurveillanceGuidance/GeneralSurveillance.htm | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/hiv/data-research/facts-stats/hispanic-latino-people.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/hiv/data-research/facts-stats/women.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/stophivtogether/clinician-resources/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/stophivtogether/partnerships/social-marketing-toolkit.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/stophivtogether/partnerships/toolkit/engaging-transgender-nonbinary-communities.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/stophivtogether/partnerships/toolkit/hiv-testing-my-way.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/stophivtogether/partnerships/toolkit/holiday-seasonal.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/stophivtogether/partnerships/toolkit/older-adults-and-hiv.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/stophivtogether/partnerships/toolkit/prepared.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/stophivtogether/partnerships/toolkit/start-talking-stop-hiv.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/stophivtogether/partnerships/toolkit/summer-2022-toolkit.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/stophivtogether/partnerships/toolkit/your-health-matters.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/tobacco-health-equity/collection/lgbtq-health-burden.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/tobacco-health-equity/collection/lgbtq-unfair-and-unjust.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/cancer/php/change-packages/breast-cancer-capacity-building.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/dhdsp/health_equity/genderism.htm | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/dhdsp/health_equity/psychosocial.htm | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/healthy-aging-data/infographics/caregiving-among-lgbt-adults-2021-2022.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/healthy-aging-data/infographics/subjective-cognitive-decline-among-lgbt-adults-2019-2020.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/healthy-youth-parent-resources/positive-parental-practices/parents-influence-lgbt.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/tobacco/tobacco-features/pride-month.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/youth-safe-environments/inclusive-practice/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/youth-safe-environments/sexualities-alliances/index.html | CDC | Brought Into Compliance - Restored/Reverted | |
| https://ddt-vehss.cdc.gov/LP?LocationId=59 | CDC | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/vision-health-data/data-sources/national-health-nutrition-examination-survey.html | NCHS | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/vision-health-data/data-sources/national-health-interview-survey.html?CDC_AAref_Val=https://www.cdc.gov/visionhealth/vehss/data/national-surveys/national-health-interview-survey.html | NCHS | Brought Into Compliance - Restored/Reverted | |
| https://www.cdc.gov/nchs/surveys/index.html | NCHS | Not Subject to Order | |
| https://www.cms.gov/data-tools | CMS | Not Subject to Order | |
| https://data.cms.gov/tools/mapping-disparities-by-social-determinants-of-health | CMS | Brought Into Compliance - Restored/Reverted | |
| https://www.fda.gov/about-fda/cdrh-strategic-priorities-and-updates/discussion-paper-health-equity-medical-devices | FDA | Not Subject to Order | |
| https://www.fda.gov/consumers/health-education-resources/diversidad-en-los-estudios-clinicos-hoja-informativa | FDA | Not Subject to Order | |
| https://www.fda.gov/consumers/minority-health-and-health-equity/health-education-resources | FDA | Not Subject to Order | |
| https://www.fda.gov/drugs/drug-safety-and-availability/risk-evaluation-and-mitigation-strategies-rems | FDA | Brought Into Compliance - Restored/Reverted | |
| https://www.fda.gov/medical-devices/medical-device-regulatory-science-research-programs-conducted-osel/identifying-and-measuring-artificial-intelligence-ai-bias-enhancing-health-equity | FDA | Brought Into Compliance - Restored/Reverted | |
| https://www.fda.gov/science-research/focus-areas-regulatory-science-report/cross-cutting-topics-minority-health-and-health-equity-regulatory-science-research | FDA | Not Subject to Order | |
| https://www.fda.gov/regulatory-information/search-fda-guidance-documents/diversity-action-plans-improve-enrollment-participants-underrepresented-populations-clinical-studies | FDA | Brought Into Compliance - Restored/Reverted | |
| https://www.fda.gov/regulatory-information/search-fda-guidance-documents/study-sex-differences-clinical-evaluation-medical-products | FDA | Brought Into Compliance - Restored/Reverted | |
| https://odphp.health.gov/healthypeople/objectives-and-data/browse-objectives/lgbt | HHS | Brought Into Compliance - Restored/Reverted | |
| https://opa.hhs.gov/sites/default/files/2023-08/gender-affirming-care-young-people.pdf | HHS | Brought Into Compliance - Restored/Reverted | |
| https://www.hhs.gov/hipaa/for-professionals/special-topics/reproductive-health/index.html | HHS | Brought Into Compliance - Restored/Reverted | |
| https://www.hhs.gov/ocr/lgbtqi/index.html | HHS | Brought Into Compliance - Restored/Reverted | |
| Enhancing Engagement and Retention in Quality HIV Care for Transgender Women of Color, 2012-2017 | HRSA | Not Subject to Order | |
| https://www.hrsa.gov/sites/default/files/hrsa/owh/caring-women-opioid-disorder.pdf | HRSA | Brought Into Compliance - Restored/Reverted | |
| https://ryanwhite.hrsa.gov/hiv-care | HRSA | Brought Into Compliance - Restored/Reverted | |
| https://ryanwhite.hrsa.gov/about/parts-and-initiatives/part-f-spns-previous-spns-initiatives | HRSA | Not Subject to Order | |
| https://ryanwhite.hrsa.gov/about/parts-and-initiatives/part-f-spns-initiative-enhancing-engagement-retention-quality-hiv-care-transgender-women | HRSA | Not Subject to Order | |
| https://ryanwhite.hrsa.gov/about/parts-and-initiatives/part-f-spns-products | HRSA | Not Subject to Order | |

| | | | |
|---|---|---|---|
| https://ryanwhite.hrsa.gov/about/parts-and-initiatives/part-f-spns | HRSA | Not Subject to Order | |
| https://ryanwhite.hrsa.gov/sites/default/files/ryanwhite/resources/program-factsheet-part-f-spns.pdf | HRSA | Not Subject to Order | |
| https://www.hrsa.gov/office-womens-health | HRSA | Brought Into Compliance - Restored/Reverted | |
| https://ryanwhite.hrsa.gov/about/parts-and-initiatives/part-f-spns/fy24-awards | HRSA | Not Subject to Order | |
| https://medlineplus.gov/abortion.html | NIH | Brought Into Compliance - Restored/Reverted | |
| https://medlineplus.gov/spanish/healthdisparities.html | NIH | Brought Into Compliance - Restored/Reverted | |
| https://www.samhsa.gov/data/report/lgb-adolescent-behavioral-health-2023 | SAMHSA/CBHSQ | Brought Into Compliance - Restored/Reverted | |
| https://www.samhsa.gov/data/sites/default/files/reports/rpt53083/2023-nsduh-lgb-infographic-report.pdf | SAMHSA/CBHSQ | Brought Into Compliance - Restored/Reverted | |
| https://www.samhsa.gov/data/sites/default/files/reports/rpt53150/2023-nsduh-pop-slides-lbgplus.pdf | SAMHSA/CBHSQ | Brought Into Compliance - Restored/Reverted | |