## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOCTORS FOR AMERICA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE OF PERSONNEL MANAGEMENT, et al.<br><br>Defendants. | Civil Action No. 25-cv-322-JDB |

## [PROPOSED] ORDER GRANTING JOINT MOTION FOR ORDER AWARDING ATTORNEYS' FEES AND COSTS

Upon consideration of the parties' Joint Motion for an Order Awarding Attorneys' Fees and Costs Pursuant to the Equal Access to Justice Act, and the full record in this case, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that, within 30 days of the Court's order, Defendants shall pay Doctors for America a total of $55,000.00, to fully and completely satisfy any claim by Plaintiffs for attorneys' fees, costs, and litigation expenses incurred in this matter.

**SO ORDERED**.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE

Dated: _____, 2025