## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| |
|---|
| Doctors for America, *et al.*, |
| Plaintiffs, |
| v. |
| Office of Personnel Management, *et al.*, |
| Defendants. |

Case No. 1:25-cv-00322-JDB

### Defendants' Thirteenth Compliance Report

Pursuant to this Court's Order of July 2, 2025, ECF No. 59, Defendants respectfully submit this report describing the steps taken to ensure compliance with the Order.[1]

1. Defendants are continuing to review Plaintiffs' Identified Webpages[2] to determine (1) whether and to what extent they were modified or removed on or after January 29, 2025, and, if so, (2) whether they were removed or modified on the basis of the OPM Memo or HHS Guidance. For Identified Webpages subject to the Order, Defendants will bring them into compliance as soon as practically possible.

2. In total, as of the date of this report, Defendants have determined that they are in compliance with the Order as to 192 Identified Webpages, and that 27 Identified Webpages are not subject to the Order. *See id.*

3. Out of Plaintiffs' 222 Identified Webpages there are three left to review, all of which belong to CDC (including NCHS).

---

[1] This report was due to be filed on November 28, 2025. Undersigned counsel inadvertently missed that deadline amidst the Thanksgiving holiday. Defendants apologize for this oversight, and request the Court's indulgence in permitting this late filing.

[2] Defendants assume the Court's familiarity with prior proceedings in this case. Acronyms and capitalized terms have the same meaning as in the Court's Order of July 2, 2025, *see* ECF No. 59, and/or Memorandum Opinion, *see* ECF No. 60.

4. Defendants anticipate that the review and compliance process will be completed as to all Identified Webpages on or before December 12, 2025.

December 1, 2025                                    Respectfully submitted,

                                                   */s/ Gabriel I. Schonfeld*
                                                   GABRIEL I. SCHONFELD
                                                   (D.C. Bar. No. 155539)
                                                   Trial Attorney
                                                   Civil Division
                                                   U.S. Department of Justice
                                                   950 Pennsylvania Avenue NW, Rm. 7219
                                                   Washington, DC 20530
                                                   (202) 514-3306
                                                   gabriel.i.schonfeld@usdoj.gov