UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Doctors for America, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Office of Personnel Management, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-00322-JDB |

**Defendants' Final Compliance Report**

Pursuant to this Court's Order of July 2, 2025, ECF No. 59, Defendants respectfully submit this final report describing the steps taken to ensure compliance with the Order.

1. Defendants have completed review of Plaintiffs' Identified Webpages[1] to determine (1) whether and to what extent they were modified or removed on or after January 29, 2025, and, if so, (2) whether they were removed or modified on the basis of the OPM Memo or HHS Guidance.

2. Since filing their last Compliance Report, Defendants have determined that they are in compliance with the Order as to two additional Identified Webpages. *See* Exhibit A (rows highlighted in yellow).

3. Defendants have now completed the compliance process as to all 222 Identified Webpages. *See id.*

---

[1] Defendants assume the Court's familiarity with prior proceedings in this case. Acronyms and capitalized terms have the same meaning as in the Court's Order of July 2, 2025, *see* ECF No. 59, and/or Memorandum Opinion, *see* ECF No. 60.

December 12, 2025                              Respectfully submitted,

                                               */s/ Gabriel I. Schonfeld*
                                               GABRIEL I. SCHONFELD
                                               (D.C. Bar. No. 155539)
                                               Trial Attorney
                                               Civil Division
                                               U.S. Department of Justice
                                               950 Pennsylvania Avenue NW, Rm. 7219
                                               Washington, DC 20530
                                               (202) 514-3306
                                               gabriel.i.schonfeld@usdoj.gov